UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GERALD T. JOHNSON ET AL,<br><br>Plaintiffs,<br><br>v.<br><br>STATE BOARD OF EMBALMERS AND FUNERAL DIRECTORS ET AL,<br><br>Defendants. | ) | Case No. 4:25-cv-00704-SRC |

**Order**

The undersigned Chief United States District Judge recuses himself from this matter and rescinds the order granting Steven V. Hunter's Verified Motion for Admission Pro Hac Vice, doc. 9. The undersigned further orders the Clerk of Court to randomly assign this case to another judge. The newly assigned judge will handle Hunter's motion, doc. 8, and all other motions in the case.

So ordered this 22nd day of May 2025.

STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE