**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GERALD T. JOHNSON, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 4:25-CV-704-HEA |
| v. | ) | |
| | ) | |
| PATTY FAENGER, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT PATTY FAENGER'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Defendant, Patty Faenger, ("hereinafter referred to as Defendant") through undersigned counsel, responds to Plaintiff's Motion to Compel Discovery and states as follows:

**I. Defendant Has Failed to Produce Expert Witness Materials**

1. Defendant supplied expert witness materials via our online production sharing system, ("Box") on August 4, 2026. Defendant supplied The Board Member Information to Box on October 7, 2026. Defendant's expert provided web addresses for the Michigan Department of Licensing and Regulatory Affairs concerning the Swanson Funeral Home, Cantrell Funeral Home and Perry Funeral Home on August 6, 2026; however, Defendant was unable to access the files provided. Defendant will be in possession of and produce those imminently. There is nothing additional that Defendant's expert relied upon that has not been provided. Defendant's expert confirmed this on August 6, 2026. To date, all requested information has been provided to Plaintiff.

**II. Defendant Has Failed to Produce Outstanding Discovery Requests**

1. Defendant supplied supplemental production to Plaintiff's First Request for Production of Documents via Box on August 6, 2026. Defendant has produced 3,197 pages and or audio of records to Plaintiff.

2. As for Plaintiff's claims with respect to additional omissions--there are none.

3. In furtherance, Defendant states as it relates to training records and related materials for Board members, Meierhoffer, Baucom, Howard, and Howe, including the New Board Orientation training materials referenced in Mr. Meierhoffer's and Mr. Howe's depositions: The only orientation material Defendant has for the Board is a checklist that Defendant has previously provided. The New Board Orientation training materials discussed in non-party Mr. Howe's deposition are provided by the Conference (The International Conference of Funeral Examining Boards) which is a separate entity from the board, and Defendant is not in possession of these records.

4. Defendant does not have any notes regarding a meeting in May 2023 with Mr. Johnson.

5. Serenity's 2020 inspection records have been provided at bates stamped *Johnson v. Faenger 002173-002428*. There are no records for Serenity's 2019 inspection.

6. There are no further communications and documents provided to news or media outlets concerning Serenity that has not already been produced.

7. With respect to any material that has been revealed during The Board Members' depositions: Defendant states The Board Members are non-party's to this

instant lawsuit, and Defendant in her individual capacity is not in possession of any of these records.

**III. Defendant Has Failed to Produce Two Fact Witnesses for Deposition**

1. Defendant has been in persistent contact with both Nick McBroom and Kelvin Baucom. As of today's date, Defendant has proposed alternate dates in which to conduct Nick McBroom's deposition. Defendant has not yet received responsive communication from Kelvin Baucom as to rescheduling his deposition after a vehicular accident of which Plaintiff is aware and necessitated rescheduling a previously scheduled deposition.

Respectfully submitted,

**CATHERINE L. HANAWAY**
Missouri Attorney General

*/s/ Jessica L. Ward*
Jessica L. Ward, #57389
Assistant Attorney General
149 Park Central Sq. Suite 1017
Springfield, MO 65806
Telephone: (417) 895-6567
Fax: (417) 895-6382
Email: Jessica.Ward@ago.mo.gov

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on Thursday, October 8, 2026, a copy of the foregoing was electronically filed via the Court's electronic case management system (CM/ECF), which shall effect electronic service upon all counsel of record.

*/s/ Jessica L. Ward*
Jessica L. Ward