**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GERALD T. JOHNSON, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 4:25-CV-704-HEA |
| v. | ) | |
| | ) | |
| PATTY FAENGER, | ) | |
| | ) | |
| Defendant. | ) | |

# DEFENDANT PATTY FAENGER'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 56.1 and Rule 56(b) of the Federal Rules of Civil Procedure, Defendant by and through undersigned counsel, respectfully moves this Court to grant summary judgment in her favor and against Plaintiffs because there are no genuine issues of material fact and Defendant is entitled to judgment as a matter of law. In support, Defendant files her statement of uncontroverted material facts and suggestions in support together with this motion.

WHEREFORE, Defendant respectfully requests this Court grant her motion for summary judgment on all Plaintiffs' claims against her.

Respectfully submitted,

CATHERINE L. HANAWAY
Attorney General

/s/ Jessica L. Ward
Jessica L. Ward, # 57389
Assistant Attorney General
149 Park Central Sq. Suite 107
Springfield, MO 65806
Telephone: (417) 895-6567
Facsimile: (417) 895-6382

Jessica.Ward@ago.mo.gov
***Attorney for Defendant***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of November, 2026, I electronically filed the foregoing with the Court's electronic filing system which serves all parties of record.

/s/ Jessica L. Ward
Jessica L. Ward
Assistant Attorney General