**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GERALD T. JOHNSON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 4:25-CV-704 HEA |
| | ) | |
| PATTY FAENGER, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and L.R. 4.01, Plaintiffs Gerald T. Johnson and Serenity Memorial Funeral and Cremation Service LLC ("Plaintiffs"), by and through counsel, respectfully request that this Court enter summary judgment in their favor on all claims brought against Defendant Patty Faenger ("Defendant") in this action. Alternatively, Plaintiffs request exclusion of unpreserved affirmative defenses and an order under Rule 56(g) establishing the material facts identified by Plaintiffs.

As grounds for this motion as more fully set forth in the memorandum of law contemporaneously filed with this motion, the pleadings, interrogatories, depositions, documents, and admissions on file demonstrate that there is no genuine dispute as to any material fact and that Plaintiffs are entitled to judgment as a matter of law on each of their claims.

WHEREFORE, Plaintiffs respectfully requests that this Court grant their Motion for Summary Judgment and enter judgment in favor of Plaintiffs and against Defendant, and for such other and further relief as this Court deems necessary and proper under the circumstances.

Respectfully submitted,

By: _/s/ L. Michelle Lewis_
L. Michelle Lewis, #74335
Siwel Law LLC
P.O. Box 23042
Belleville, Illinois 62223
(730) 274-0136 – Telephone
lmlewis@siwellaw.com

Steven V. Hunter (Pro Hac Vice)
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654
(312) 715-5087 – Telephone
(312) 715-5155 – Facsimile
Steven.Hunter@quarles.com

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, the foregoing was filed electronically with the Clerk of Court through the Court's CM/ECF system, which sent notice to all counsel of record.

*/s/ L. Michelle Lewis*
ATTORNEY FOR PLAINTIFFS