Ex. A-1



ability to understand questions, remember events, exercise judgment or give accurate testimony?
A. No.
Q. Are you currently under the influence of anything that would impair or limit your ability to testify truthfully and accurately?
A. No.
Q. Are you currently experiencing any confusion, dizziness, drowsiness, pain, anxiety, stress or any other symptoms that would affect your testimony?
A. No.
Q. If at any point during the deposition something changes and you believe -- you believe your ability to testify is affected, will you let us know?
A. Yes.
Q. Okay. So, Ms. Faenger, I heard you say earlier that you have been the executive director of multiple boards, the State Board of Embalmers and Funeral Directors being one of them. When did your appointment start as the executive director for the State Board of Embalmers and Funeral Directors?
A. It was in late 2021.
Q. Late 2021, okay. And to be clear, you

were the executive director of the board in March through September 2023. Correct?
A. Correct.
Q. Okay. Will you please describe your statutory, regulatory or practical responsibilities as the executive director of the board?
A. Yes. As the executive director, I have oversight for the board office and the employees within our office. Duties include obviously managing, hiring, firing, managing those employees, preparing for board meetings, providing assistance with statutory regulatory changes, addressing and dealing with the licensing system. We have oversight and responsibility for issuing licenses. Let's see. We have enforcement responsibilities as far as gathering information, the procedural side of things, scheduling, preparing presentations for the boards, preparing presentations for the public. It sure seems like there's a lot more I do every day, but that's the big picture of what I'm responsible for.
Q. Thank you. Did you supervise Investigator McBroom or direct his work concerning Serenity?
A. Nick McBroom?
Q. Nick McBroom. Yes, I'm sorry; I should