Ex. A-2



standards and policies in procurement direction, budget direction because they do play a role in budget for the Board of Embalmers and Funeral Directors. So for those purposes, yes.

Q. Okay. Okay. And also -- so in that regard, I know you said Investigator McBroom does not report directly to you, but you can direct his work concerning an inspection. Correct?

A. I can make -- and this is how we operate. We request work to be done through the Central Investigative Unit, and then that unit will direct the work back to their employees in the field.

Q. Okay. So you're saying you make the general request for an inspection, and the CIU will assign an inspector?

A. Uh-huh. They are typically assigned regions, but that doesn't mean they can't cross regions or join somebody in a region, but that's their call in how they choose to operate.

Q. Okay. So in terms of your request, can you request additional investigations be conducted?

A. Yes.

Q. Can you direct that an inspection report or a findings letter be sent out?

A. So we direct -- we request the

inspections, we request the investigations and we can -- from that point, if we need follow-up, we can ask them to do it. We can also send out follow-up information from the board itself. It just depends on the situation, if that's what you're asking -- I think that's what you asked.

Q. I was asking that -- so my question very specifically -- that's helpful, too, Ms. Faenger. My question specifically was, can you direct that an inspection report or inspection findings be sent out?

A. I'm not understanding how -- what you're asking and how it functions. So I don't direct them to do anything, if we're still talking about CIU. I can direct that findings be -- be sent to a licensee, yes, if that's what you're asking.

Q. That was my question.

A. Okay. Yes.

Q. I'm sorry if I was not being clear.

A. Yes.

Q. I should have said -- I should have said to a licensee. Can you direct that an inspection report or findings letter be sent to a licensee?

A. Yes.

Q. Sorry about the confusion there. Can you

arrange an emergency meeting with the board?
A. I can request -- I can request an emergency meeting, yes.
Q. Okay.
A. And then if they agree, yes, I can arrange it.
Q. Okay. Do you prepare matters for the board's consideration?
A. Yes.
Q. Do your responsibilities include communicating with board members and/or counsel?
A. Yes.
Q. Could you recommend administrative proceedings, rather than court action?
A. I can make recommendations on some complaints, but I would consult with legal counsel and whatever I make is simply a recommendation.
Q. Okay. So if -- a recommendation in consultation with board counsel. Correct?
A. Usually, if there's a recommendation for discipline, I would consult with legal counsel.
Q. Okay. Could you recommend that a court filing be delayed, narrowed, corrected or dismissed?
A. Could I recommend to who?
Q. To the board. Could you make a

recommendation to the board that a court filing or a court action be delayed, narrowed, corrected or dismissed?

A. I can -- I can tell them what I think about things, but I cannot make that decision for them. And if it's in a court case, I think the lawyer would probably have more of a say than I would. And usually, when it's -- if it's -- if it's that kind of a recommendation, it would come usually from legal counsel to the board.

Q. I understand. But if -- but if you had a recommendation or a suggestion, you could do so. Correct?

A. I can certainly express my opinion to the board, yes.

Q. Okay. Do your responsibilities also include recommending emergency relief?

A. I don't understand what you're asking.

Q. Emergency relief meaning, for instance, like, filing an injunction, is that -- recommending, not the filing of the injunction, recommending emergency relief with regards to a funeral establishment.

A. That's not typically my role. That usually comes from legal counsel. That's not