Ex. A-3



Q. The letter -- okay. And asking the licensee, can you please correct them, give that licensee an opportunity to cure the deficiencies. Correct?
A. Yes.
Q. So in typical cases, the board provides written findings and requested correction. Correct?
A. Yes.
Q. Serenity did not receive that typical treatment before the board filed the May lawsuit. Correct?
A. That is correct.
Q. In general, how often is a findings and corrections letter sent to a licensee?
MS. WARD: Objection; calls for speculation, but please go ahead and answer if you can.
THE DEPONENT: Boy, that's a tough one. I would -- it is the majority of the time, but there are times when the findings are so egregious that the matter is brought before the board for guidance or their decision about how to proceed.
BY MS. LEWIS:
Q. Okay. And who made the decision not to