Ex. A-4



send a findings and corrections letter to Serenity?
A. Well, initially -- so the initial investigation, the initial inspection left us with questions, and that's why we did a revisit. The revisit resulted in the gathering of significant amount of documentation which took some time to review, and the findings, the facts seemed to show pretty egregious problems; and therefore, it was brought to the board at that point in time.
Q. Who made the decision not to send a findings letter to Serenity?
A. That was my decision not to send after the first inspection, and after the second inspection, I thought the facts of the case warranted to be before the board for further decision and guidance on how to proceed.
Q. So after the first inspection -- and to be clear, we're talking about the March 14th inspection.
A. Yes.
Q. You made the decision not to send a findings and corrections letter to Serenity. Correct?
A. I did. I believe it was -- I felt we needed more information to make any kind of

determination.
Q. And then in gathering more information to make a determination, did you not think it was important to hear from the licensee?
A. The findings were so egregious, I thought it was important to take it to the board for their decision on how to proceed in my responsibility to do that.
Q. So is there any -- you said the findings were egregious. Is there any objective criteria that governs this departure from what you would characterize as a typical case because you said in this instance, the findings were egregious. Is there any objective criteria available that makes that determination?
A. So our guide -- our guide is our statutes and our rules. And so it can be somewhat subjective about the findings, but the guide is there and there were multiple violations and the inability to identify some bodies in the location, lack of proper authorizations and just the sheer volume of that made it a matter that I believe needed to come to the board's attention for their determination.
Q. But to be clear, according to what you just said, the criteria can also be somewhat