Ex. A-5



Q. But it is tracked -- to be clear though, it is tracked in the system as a complaint?

A. It's tracked in the system with this number, which is really a case number in this case. It's also a number when you forward a complaint, they assign a number that's the same type of number. It's the year, and then it gives a six-digit number after that, and those were often complaints, so it's often referred to as a complaint number, but this is -- this is simply a referral.

Q. Okay. And did you propose, request or draft this April referral?

A. Did I draft this document?

Q. Propose, request or draft, either one.

A. I -- I created this document and sent it to the CIU unit.

Q. Okay. And to clarify, you provided the supporting facts under the notes under Investigative Directives, you provided -- you provided those facts. Correct?

A. I provided the -- I provided some information that I took from the initial inspection and then the rest for request.

Q. I'm sorry. Can you say that again, Ms. Faenger?