Ex. A-6



reviewed it, I'm like, there needs to be more here, and so then once this was done, they were back out there within, obviously, six days.

Q. Okay. And before this April referral, did you interview Mr. Johnson or any Serenity employee?

A. I did not, no.

Q. Okay. Before this April referral, did you seek Serenity's explanation for any alleged deficiencies listed here?

A. No.

Q. Before you completed this referral, did you give Serenity a list of alleged violations?

A. No. Again, we were gathering more -- we were gathering documentation and information.

Q. Okay. Before this April referral, did you give Serenity an opportunity to submit documents or correct mistaken facts?

A. Again, we had not finalized the inspection, so we would not have asked him at that point.

Q. Okay. Did you obtain any medical, scientific, industrial hygiene, epidemiological or public health assessment?

A. No.

Q. And between March 14th and April 20th,