Ex. A-7



board training records as well as this information regarding a meeting with the plaintiffs and Ms. Faenger and board counsel and Plaintiffs' counsel. But I'll move on from that question for the time being.

What prevented -- I know you said you didn't think it was appropriate. You made the judgment it was not appropriate to -- for Mr. Johnson to have written notice before the public -- before the injunction filing. Why was -- I guess what I'm asking is, what prevented giving those reports to Serenity before the filing of the injunction?

A. Nothing. If he had asked for those, we would have given him what he wanted.

Q. And again, you never confirmed with Mr. McBroom whether or not Mr. Johnson made an oral request for the reports. Correct?

A. No. I don't recall discussing that, but it just -- I don't know why he would have denied it and had to ask for a copy of the request.

Q. So for the sake of time, and I can pull the document up because it certainly was recorded in the transcript, but for the sake of time, Mr. Johnson -- when Mr. Johnson requested a copy of the