Ex. A-8



doesn't mean that you did submit a referral. Correct?

MS. WARD: Objection to the classification of semantics, but please answer.

THE DEPONENT: Well, yeah, as it was asked, that was not a complaint. It was simply a referral to go gather -- to gather more information.

BY MS. LEWIS:

Q. Okay. Thank you. And so then fast-forward past the April 20th referral. April 26th and the 27th, 2023, Investigator McBroom conducts the April visit and the April 27th records collection. Correct?

A. Yes.

Q. And do you personally -- and when I say personally, firsthand, observe any of the April conditions?

A. Through photographic evidence and record review.

Q. Well, that --

A. I was not on site with Mr. McBroom.

Q. Okay. Thank you. Did you review the -- and you reviewed those April records before you filed the injunction. Correct?