Ex. A-9



review of the records, the findings of the records, the photographic evidence and putting it in order by the individuals that were found in the location and the documentation. So my job was to provide them with the information and the findings from the inspection.

Q. Well, I understand that was your job. I just had a follow-up question. In doing -- in providing those findings, did you characterize the conditions as an emergency? I don't --

A. No, I did not, no.

Q. Okay. And you presented those findings to the board. Correct?

A. Correct.

Q. And you placed the matter on the board's agenda. Correct?

A. They met solely on this item, yes.

Q. I didn't ask whether they met solely on the item. My question was, did you place the matter on the board's agenda?

A. Yes.

Q. Okay. Did you prepare or approve the materials that the board reviewed?

A. I didn't prepare every bit of it, but I put it together. It was -- Mr. McBroom prepared

some of it, so I put his information along with all the records provided with a summary of the findings by each individual.

Q. Okay. And so you said Mr. McBroom prepared some of it. What were the documents that you prepared?

A. So there -- I think we provided that in our information, but it was a summary by inspection and by individual of what the findings were when the inspector arrived and a review of their records, a review of the laws and what the laws told us and notes about items that were missing or that were of concern by individual, or there was no records -- no records.

Q. Okay. And then for Mr. McBroom's part, he provided the inspection reports. Is that correct?

A. Yes, yes. He had inspection reports and photographic information that was included.

Q. And to be clear, this would have been the inspection reports that had not been provided to Mr. Johnson. Correct?

A. Correct.

Q. Okay. Who -- Ms. Faenger, who -- who recommended bypassing the ordinary administrative handling and going -- and going to court instead?