Ex. A-10



eleven days before the March 14th inspection. Correct?

A. Correct.

Q. All right. And to clarify, March 14th, 2023.

A. Correct.

Q. Okay. So there were no 2022 violations that were marked as open or unresolved on this Cover Sheet, were there?

A. So the deficiencies identified in April, the licensee was able to provide sufficient evidence that he had corrected and put a system in place to consider that particular inspection closed.

Q. What are you reading from, may I ask?

A. I'm not reading from anything. I'm just answering the question. There's nothing in front of me.

Q. Oh, okay. I'm sorry. I thought you were reading. Okay.

A. No.

Q. And there was no emergency status noted on this Cover Sheet. Correct?

A. Correct.

Q. Okay. So the board had recently completed this written notice of deficiencies and correction

process with Serenity. So after the March 14th, 2023 inspection, the board did not send Serenity -- Serenity a comparable notice of deficiencies finding before filing the lawsuit. Correct?
A. After the March inspection and after the April inspections, you are correct; we did not send him a notice of deficiencies.
Q. Okay. But -- thank you. But my question was specifically about the March inspection, but I -- okay. I'll take your response because I'm specifically talking about the March 14th, 2023 inspection.
A. Uh-huh.
Q. So the board did not send a comparable notice of deficiencies letter before filing a lawsuit; you affirmed that. The board did not provide a response deadline. Correct?
A. Correct.
Q. The board did not send a comparable second notice. Correct?
A. Correct.
Q. And after the April 2023 inspections, which you've answered part of that question already, it did not send out a written report, and you responded correct. It did not give Serenity the