Ex. A-11



the analogy that you gave was: It's like if I -- if I get a speeding ticket and I keep continuing to speed, then I should know better. But isn't it also fair to state that there's a reason why speed limits are posted as a constant reminder so that individuals know what the expectations are, what the limitations are, what the laws are regarding speeding?

MS. WARD: Objection; calls for speculation, but please continue.

THE DEPONENT: Well, I would answer that's great that they are, but regulations and the statute are posted on -- posted in public information as well, and he's had some experience with -- with them before. So I guess -- I would think kind of fall in the same line that it's not secret information.

BY MS. LEWIS:

Q. Yeah, it's true the regulations are not secret information. I'll preserve that question; I'll preserve the follow-up on that.

Let's go to the May 22nd, 2023 injunction, May 22nd, 2023 injunction. Did you propose the injunction -- the May lawsuit, the injunction?

A. Again, I think I answered this, but you

know, I provided the facts based on the inspection findings, and the board reviewed that. The legal counsel provided them with their options for it, and the board made the decision to pursue the injunction.

Q. Okay. So you say you provided the facts?

A. I provided the findings from the March and April inspections --

Q. Uh-huh.

A. -- to the board.

Q. And the board, what was the board's role in that, you said?

A. They make the decisions as to what action, if any, will be taken, and the legal counsel provides them their legal options and then they make a decision as to what direction they -- they -- they direct the action.

Q. Okay. In your providing the facts, did you characterize the conditions as an emergency?

A. I'm sorry. Did I characterize the conditions as what?

Q. As an emergency? I'm sorry.

A. No. What I did is, I provided the facts of the findings: So you know, what the observations were by the inspector, the inspector's reports, a