**Ex. A-12**



different for us, so that's why I ask.
Q. Okay. I meant closure of the establishment. Closure of the --
A. Okay, I got you. I got you.
Q. Yeah, sorry about that. Okay. So did you understand that -- so the board -- to dovetail on what I just said, you said the board was given their options. They opted for the TRO, the closure order, to seek the closure order. And did -- did you understand that that requested relief could stop Serenity from operating?
A. Yes.
Q. Okay. And did you provide -- I know you said you provided the board with the facts, documents, photographs, etc. Did you provide counsel with those -- with that -- with that material?
A. Explain what you're -- you have to explain further what you're asking.
Q. Well, earlier, you know, you were saying, you know, you prepared the material. You, in conjunction with Mr. McBroom, Investigator McBroom, prepared materials for the board to consider, and those materials included inspection reports, photographs, documents, etc. That was for the board