Ex. A-14



going to be on the 22nd, the 23rd, the 25th -- I did not know. So we went in on the 22nd. I was not aware that it had been officially on record filed, but I knew it was going to be filed.

Q. The firsthand observations that you made on May 22nd --

A. Uh-huh.

Q. -- did they exist when the filing decision, the decision to file, was made?

A. What I saw had not -- it was similar to the previous findings, so in that way, yes. But the exact situation, the exact people had not been observed or reported to the board before they made the decision.

Q. I am confused because I don't -- I realize time is of the essence, and we've been here for a while. Part of the reason for the constant delay is you keep reframing my question and then answering it. I did not ask about any -- the question simply asked is, your firsthand observations, your May 22nd firsthand observations, did they or did they not exist when the decision to file was made?

A. No.

Q. Thank you. Did anyone tell the Court that you had not personally observed Serenity when the