**Ex. A-16**



reviewing the entire thing. Again, that was three years ago, and that was a pretty lengthy event, so I don't think I can answer those questions without reviewing the record.

Q. Did you recommend dismissing or narrowing the case after the injunction hearing?

A. No. I would not -- that would be legal counsel making recommendations with the board as to the direction to go.

Q. Did you request -- did you request additional investigation after the injunction hearing?

A. An additional investigation for what?

Q. Based on Mr. McBroom's testimonies.

A. No, not that I recall.

Q. Did you correct the public record, the injunction?

MS. WARD: I don't know what public record means.

MS. LEWIS: I just said the injunction, did you correct the injunction based on the things that Investigator McBroom admitted that he -- that were either not legal or that he did not verify? Was there any corrections to the injunction made based on Mr. McBroom's

testimony?

MS. WARD: I'm just going to object that I don't -- I don't understand the question and how one would correct an injunction.

BY MS. LEWIS:

Q. You correct an injunction by amending it. That's the legal -- it's a legal document. You correct an injunction by amending it. Was the injunction amended after Investigator McBroom made several concessions during his injunction hearing -- during his injunction hearing testimony? All I want to know was whether or not the injunction was amended to account for the things that Mr. McBroom said either were not illegal or he did not verify.

A. I don't believe it was. I mean, I know ultimately, the board withdrew the -- well, I'm not sure of the proper terminology, but withdrew the complaint, the injunction, and pursued the Administrative Hearing Commission.

Q. What was the reason for the -- I think the word you're looking for is dismissal. Is that what you're referring to?

A. I'm sorry. I didn't hear that.

Q. Is that the word withdrew, you really don't know the word, are you referring to a

dismissal, dismissed, a dismissal of the injunction? Is that what you were referring to?
A. I believe so after the judge made a ruling, I believe that's the proper term, but I am not certain.
Q. Well, withdrew, dismissed, I think I take your point. But my question, my follow-up question was, what was the reason for the dismissal?
A. Well, the judge had not ruled in our favor, and so I -- I don't know the proper jargon, so I shouldn't be speaking to it, but I remember at some point, the board did vote to dismiss and not pursue it further through the courts and they pursued the Administrative Hearing Commission.
Q. Okay. So regarding the judge's ruling, ultimately, the Court ruled that the board's emergency injunctive request was denied. Correct?
A. Correct.
Q. And the Court found that the board failed to establish the required substantial probability of serious danger. Correct?
A. If I remember correctly, you're correct.
Q. Okay. Specifically, the Court ruled that the board produced no evidence that bodies at Serenity were not embalmed in a timely manner.