Ex. A-17



our case, then we have to accept that and move forward; that we didn't prove our case, at least, on the danger to the public.

Q. Did you perform, for lack of a better term, a postmortal review of the Court's decision to deny the injunction?

A. Well, the board discussed the Court's findings again, again on guidance of legal counsel made decisions about the case and dismissing it and choosing another avenue, so the board did have -- I don't know if you'd call it the postmortal discussion, but they certainly reviewed the findings from the Court and discussed with their legal counsel what their options were.

Q. And you said they chose doing the Administrative Hearing Commission route instead?

A. That's correct.

Q. Were any procedures changed as a result of the Court's order denying the injunction?

A. Procedures as far as?

Q. Any procedures like the board's -- like, procedures, how things are -- how things are done, how inspections are done, any procedures in general, did anything change as a result of the denial of the injunction?