Ex. A-18



Q. Will you answer the question?

A. I believe any time a business has allegations of poor customer service as poor practices, it probably is not helpful to their business. It goes to the public.

Q. I wasn't asking -- I was asking very specifically about the funeral home industry and not even about --

A. That would be for a funeral home. That would be the same --

Q. You understand a court filing would be public. Correct?

A. Yes, I do understand that.

Q. Did you anticipate media interest in the filing?

MS. WARD: Objection; calls for speculation.

THE DEPONENT: What was your question, the first part?

BY MS. LEWIS:

Q. Did you anticipate media interest in this injunction?

A. I don't know that I anticipated it. I was not surprised by it.

Q. Did anyone contact any -- anyone meaning

anyone affiliated with the board -- contact the press before or after the filing?

MS. WARD: Objection; calls for speculation.

THE DEPONENT: Did anyone from the board contact the media before the filing or after the filing?

BY MS. LEWIS:

Q. Correct.

A. No, we would not contact them. We would respond to requests and respond with legal guidance of what we could and couldn't say.

Q. And did you respond to the request for media inquiry to the request for media?

A. The board's legal counsel did respond to a request for information.

Q. Do you have the communications that was provided to the individuals who provided media -- aggressive media?

A. That was provided in the records.

Q. Is that all that was -- did you provide in totality of those records, Ms. Faenger?

A. Yes, yes.

Q. Okay. Did you approve the board counsel's press release or media release or media response?

MS. WARD: Objection; calls for speculation.
THE DEPONENT: It was a response to the media inquiry, and she had my blessing to deal with it appropriately and by law only what we had to provide.
BY MS. LEWIS:
Q. To be fair, I'm not asking for speculation; you can answer my question. It was, did you approve the release before it was sent out. Did you -- did you consider sealing, redacting, sealing redaction over confidential administrative proceedings?
A. I think you're stepping into areas I can't necessarily speak to, but I know that legal counsel did some -- I don't know the terminology -- to protect at least the photographs and what could be protected.
Q. I'm sorry. I didn't mean to talk over you. The protective order?
A. Yes.
Q. Okay. Did you consider the harm that the allegations proved unsupported the allegations against Serenity were unsupported?
A. Well, certainly I don't think the board