Ex. A-19



toward Mr. Johnson or Serenity?
A. No.
Q. Did Mr. McBroom express hostility toward Mr. Johnson or Serenity?
A. No.
Q. Did anyone on the board stand to benefit professionally or politically from an injunction filed against Mr. Johnson?
A. No, not that I'm aware of.
Q. You understood that trust is central to the funeral service business. Correct?
MS. WARD: Objection; calls for speculation.
THE DEPONENT: I understand it's important.
BY MS. LEWIS:
Q. Allegations of mishandled bodies and biohazards predictably undermine that trust. Correct?
MS. WARD: Objection; calls for speculation.
THE DEPONENT: I can understand the public would have difficulty with -- with that information.
BY MS. LEWIS: