Ex. A-20



that there was some media coverage about the court case.

Q. When did you first see the front page article?

A. I'm sure it probably came to my attention about the time it came out.

Q. Did you believe it fairly stated allegations?

A. I don't remember exactly what it was. You know, we knew it was the St. Louis Post Dispatch reporter that contacted the board, and they were directed to the filings that were public.

Q. You expected Serenity would retain counsel to oppose the injunction. Correct?

MS. WARD: Objection; calls for speculation.

THE DEPONENT: I can't say I knew what they would do or not do.

BY MS. LEWIS:

Q. You expect that emergency litigation such as what the injunction was would require -- require substantial attorney time. Correct?

MS. WARD: Objection; calls for speculation.

THE DEPONENT: I have no idea what it