Ex. B-1

some of the background roles or qualifications you have. Can you please state your full name and your current position at Serenity?

**A Gerald T. Johnson, and I'm the president.**

Q Okay. Perfect. How long have you served as president and/or funeral director in charge?

**A I am the president since Serenity -- well, the Belleville location opened in 2011 and we moved to the Union location in 2014 or '15. I've only been the funeral director in charge since the end of '22, I believe, or '21, maybe.**

Q Okay. Thank you. What are your primary duties and supervisory responsibilities? And my question includes oversight of compliance with state regulations and responses to inspections. What are your duties in regard to that?

**A I try to aid and assist the responses to inspection. Oftentimes, because I do have multiple locations, I will rely on the aid and assistance from some of the other team members.**

Q Tell me who your other team members are.

**A Other licensed funeral directors, general manager, Cam Gates, general attendants.**

Q Can you tell me their names?

**A Yeah. Daryl Rainey, Lapeer Perkins, Dominique**

**Garland, Jessica Gates, Lamont Grady, Antoine Dean. That's all I can remember right now. I might be leaving off one or two names.**
Q That's all right. Can you identify others that have management or supervisory roles in their areas of responsibility?
**A Cam Gates is the general manager. She oftentimes will aid and assist with scheduling and service assignments.**
Q Who the is responsible for communicating with the Board of Embalmers and Funeral Directors?
**A Now it's myself and Cam.**
Q What was his or her last name?
**A Cam Gates.**
Q Thank you. Can you describe your education, training, professional qualifications, and current licenses to us?
**A Sure. I have an associate's degree in funeral service education. I am a Missouri licensed funeral director and embalmer and an Illinois licensed funeral director and embalmer.**
Q Do you have any continuing education or special training that's relevant to embalming and funeral directing that you participate in?
**A Well, the State of Illinois requires continuing ed**