Ex. B-2

Q Okay. I'll break it down. Do you think any of the families of the decedents were harmed because of any of the deficiencies that were cited in 2023?

**A No.**

Q Do you think any of the decedents that you were servicing were harmed because of the deficiencies in 2023?

**A No.**

Q Okay. Have you seen copies of the inspection reports and notices in 2023?

**A In 2023, yes. The injunction was filed is when I found out about it, when I received a copy of the inspection.**

Q How were those reports or notices received and handled at Serenity?

**A Well, in times past or when are you referring to?**

Q In 2023, for example.

**A Well, we didn't receive them at the funeral home in 2023. The inspection reports were given to -- my attorney mailed them mainly from Samantha Green after the injunction was filed, which was drastically different as opposed to prior.**

Q Can you explain to me prior to 2023 how those were received and handled?

**A Sure. An inspection would be done. A report**

**would be given, and then I would receive a letter from the board notifying me of what the deficiencies were and then giving instructions from the board on how to move forward with those.**

Q What steps did you undertake to review and address findings should you receive a deficiency notice?

**A We corrected the deficiencies.**

Q How long does that normally take to do?

**A Immediate.**

Q Do you have any specific examples of when you corrected deficiencies?

**A Well, you have the documentation from the prior inspection that shows all the deficiencies were taken care of. We have the email from Claire in 2023 showing the deficiencies were corrected.**

Q Remind me, internally in Serenity, what steps do you personally take to correct deficiencies? Do you have an example? Like has there been anything that you can remember that you fixed that you can tell us about?

**A Well, one year, I specifically remember that there was an issue with some carpeting that we took up and had replaced with hardwood floors. And there was some water stains in the drop ceiling of a bathroom that we changed.**

Q Okay, great. Thank you. Can you explain -- what