Ex. B-3



**what I will do.**

Q Okay. I think that's all my questions for you for now. Ms. Lewis may have some questions for you as well, but thank you for your testimony, I appreciate it.

**A Okay. I appreciate you, Jessica.**

EXAMINATION

BY MS. LEWIS:

Q Mr. Johnson, I do have a few questions on redirect. For the record, this is Michelle Lewis, attorney for Plaintiffs Gerald T. Johnson and Serenity Memorial Cremation Services, LLC.

Mr. Johnson, before 2023, who normally communicated inspection findings to you?

**A The board.**

Q And had you previously been required to call the executive director personally or to ask the executive director to personally file a report?

**A No.**

Q What did you ask Mr. McBroom during the March inspection, specifically with regard to the inspection report?

**A I asked him to leave a copy of the inspection. That way, if there was anything that he wanted me to work on, I could get on it right away.**

Q And to the best of your recollection, what was Mr. McBroom's response?
A He said the board will be in touch.
Q Did Mr. McBroom or anyone tell you the board was considering emergency closure?
A No.
Q Did Mr. McBroom or anyone else tell you that calling Ms. Faenger was necessary to prevent an injunction?
A No.
Q What did you understand the next step in a normal inspection process would be?
A That I would get a letter from the board identifying any deficiencies that they wanted me to give some attention to, and I'll correct.
Q When did you first learn that the board chose litigation instead?
A May 23rd, I got a phone call from a newspaper reporter, and he was asking me to make a statement about the funeral home. Since Sherry and Crystal had been killed the night before, I thought he was talking about the deaths of them, and he offered his condolences, and then he informed me about the injunction that had been filed.
Q There was a question, Ms. Ward asked a question

would complain directly to you?
**A If they do, it may have been something like the air conditioning in my limousine wasn't working or I didn't get a plant or something very minor.**
Q There were questions about notices of deficiencies, the inspection reports between the periods of 2017 and 2022. Did you ever have to ask for any copies of any of the inspection reports or notices of deficiencies?
**A No.**
Q From 2017 to 2022?
**A No.**
Q Ms. Ward also asked a question about proper storage of remains. And there was some clarity provided on embalmed remains versus unembalmed remains. In your response, you said that stacking is not allowed, the stacking of bodies is not allowed. When you say the stacking of bodies, that term is rather generic. Can you please provide more clarity around what you mean when you say stacking of bodies is not allowed?
**A Yeah. I meant like the body physically on top of touching another one. Like in our refrigeration unit, in our overflow room, we do have shelves where there's an individual slab on each individual shelf, but that's**