Ex. B-4



Q I do not have that handy right now, but I can try to find it for you.
**A I just don't recall. I'm sorry, Jessica.**
Q No, that's okay. I just wanted to talk about what your thoughts were on the deficiencies.
I do understand that there was a garage that was a storage area that was locked on 4/26 of '23. Do you recall that?
**A I don't recall because I wasn't there.**
Q Were you there on the following day, April 27th of 2023?
**A No, ma'am.**
Q Had you visited in between the 26th and the 27th of April 2023?
**A Yes.**
Q And do you recall the violations from May 22nd of 2023?
**A I wasn't there.**
Q Where were you at?
**A The 22nd?**
MS. LEWIS: Object as to speculation.
**A I recall that morning I had traveled to drop remains off at Lee Funeral Home in Chicago.**
BY MS. WARD:
Q Oh, okay. I was just wondering if you were in

your other establishment.
**A Oh. No.**
Q Okay. So in 2023, did you still have separate logs or had you consolidated it to one log?
**A No. I consolidated it to one log.**
Q Can you summarize any communications you had with any of the board staff of the Board of Embalming?
MS. LEWIS: Objection, compound. When you say "any communications," Jessica, is there a particular time frame that you're looking for? You said any communications with the board.
MS. WARD: In 2023.
**A Well, I had communications with Claire because I was sending in the revised '22.**
BY MS. WARD:
Q Okay, thank you. Did you speak with anybody or did you email or send letters?
**A Email, in '23. Are you referring to during the site visits as well?**
Q I'm sorry. During the site visits or anytime in 2023. I was just wondering if you recalled having any communication with the board so that I knew how many times you had spoke with them or what method.
**A Are we counting the inspectors?**

Q No, just the board staff. For example, Claire Hoffman or Patty Faenger.

**A Yeah, I had brief conversations. We met with Patty and Samantha Green in -- it may have been May 25th or 26th. I had requested to meet with the board, but we met with Patty and Samantha.**

Q Did any factors affect the timeliness to any of the board's requests?

**A During which time frame?**

Q I'm so sorry. During 2023, any of those violations.

**A Not that I recall, no.**

Q Okay. I'm just going to talk about it for a minute. I think we touched on, but I'm not sure that I asked you everything. The exhaust fan, who was responsible for maintaining and operating the exhaust fan?

**A Technically, the embalmer. The embalmer is responsible for operating the exhaust fan.**

Q And was there anytime that the exhaust fan was non-operational or unplugged?

**A Not operational? I don't know. I don't know if it was unplugged or not. I don't recall.**

Q We talked about this for a little bit, but can you describe the standard cleaning and sanitation