what was stated in the petition for the injunction, which says some bodies cannot be readily identified. What does that mean in practice that a body cannot be readily identified?

**A That can mean a couple different things. In some instances, I think the tags weren't -- in some instances, the toe tags weren't legible, armbands weren't legible.**

Q Well, I'll be very specific. In the instances that are referred to in the petition where there were bodies that could not be readily identified, how long did identification take?

**A Not long at all. Within hours for the one or two that were not identified.**

Q To the best of your knowledge, has any family been given the wrong remains or shown the wrong body?

**A No.**

Q In one of Ms. Ward's questions to you, you made reference to a meeting that you had with Attorney Samantha Green and Ms. Faenger on or around May 25, 2023. Could you provide some more details regarding what that meeting was, who was present, and what was discussed?

**A Yeah. I requested an emergency meeting with the board after learning about the injunction to hopefully**

**work to prevent from going -- having to go through with the hearing. But instead of getting a meeting with the board, I was given a meeting only with Patty and with Samantha Green. And then there was myself, my attorney, Milburn Raymond, and then one of my advisors was a former board chair, Kenneth McGee, who was advising me on how things with the board should have been going and how they had in the past. But because Mr. McGee was in the room, the meeting was ended because Samantha didn't want Mr. McGee there.**

Q Did she expressly tell you that she did not want Mr. McGee there?

**A Yeah. They said they couldn't move forward with someone being in the room, so what Attorney Raymond had me do was give verbal authorization for Mr. McGee to be there.**

Q And did you authorize Mr. McGee to be there?

**A I did.**

Q Did the meeting proceed?

**A No, it didn't.**

Q So who ended the meeting?

**A Samantha Green.**

Q And her rationale was?

**A We weren't going to get anywhere.**

Q Those were her words?

**A I recall so, yeah.**
Q You were also asked about if you ever had the maintenance of your exhaust fan. I think the response you gave was that you never had your exhaust fan serviced at the location in question. Has there ever been a reason to have the exhaust fan serviced?
**A No.**
Q You mentioned that it was replaced.
**A I replaced it because I wanted a bigger one.**
Q Let me ask it another way: Has your exhaust fan ever been malfunctioning?
**A No.**
Q So to be fair, the reason for your replacement was because you wanted a bigger one?
**A A bigger one.**
Q You were also asked about whether or not you ever received any complaints from the public, which is a pretty broad question. So what I will ask is, to the extent that you have received complaints from the public or complaints from family members whose loved ones you've services, how are you typically notified of those complaints?
**A They make a complaint with the board. I'm notified from the board.**
Q Has there ever been a time when a family member