not you responded in a timely manner, so you would get a notice of deficiency, right, and you would get a response deadline, correct?
A Correct.
Q Do you always respond to that first response deadline? And I know I'm talking in absolutes because the question was asked, did you always respond in a timely manner?
A When I was funeral director in charge or my brother was funeral director in charge?
Q Well, I don't know if you can speak to how your brother responded.
A And I wouldn't be able to speak for him. But I know personally I always responded in a timely manner.
Q Okay, fair enough. Ms. Ward asked about a hole in the ceiling and maybe like some water stains. And to be clear, the petition did contain allegations around -- like there was some cosmetic repair work that you did. Can you explain further, to the best of what you can recollect, what those kind of repairs were and when you did them, and if and when they were communicated to the board?
A Sure. Well, we replaced the morgue floor. We took out the old embalming porcelain tables and replaced those tables. We painted the morgue. We

replaced the lighting. We made a lot of prep room repairs once I got a chance to look at some of the concerns the board had.

Q Once you got a chance to look at the concerns the board had, what are you referring to?

A After the injunction was filed. And then I immediately got busy and I was trying to get as much done as I realistically could before the hearing. So part of the reason why I was hoping to have an emergency meeting with the board was I always wanted to show them that I was certainly open to continuing to being cooperative as I could with them in addressing any concerns that they ever had. I wanted to show them the practices I had implemented. We adopted an entirely new embalming log. I talked to some other licensees, and I liked the form they was using, so I immediately started using that form. We did implement some other changes because I had to fill in some admin gaps anyway, because Sherry and Crystal were no longer with us. And then what I wanted to do was hopefully, in conjunction with the board, put together maybe an action plan over a reasonable portion of time to what I could realistically address some of the things that they wanted me to address. But that's really why I wanted the meeting, was to ward off the hearing and

then over time, kind of make some changes.
Q Did the fact that you made those changes that you were talking about that you made, the cosmetic repairs, the replacing the morgue slabs with stainless steel, et cetera, did the fact that you made those repairs mean that you agreed that those things sustained possibility of serious danger?
A No, I don't think that any of those posed a serious danger or threat to the welfare of public safety, or the public to the amount that I needed to be closed, but I will agree that they did need to be done.
Q Okay. And then there was also a question about in the receptacle. To be clear, is a receptacle containing bodily fluids necessarily clogged?
A It was never clogged. It just needed to be flushed. Those urinals don't flush on their own. You have to flush them in order to clear them out. If I remember correctly, I even provided videos showing that they were flushing.
Q You provided videos to whom?
A The board. As I was making the progress with the floors, I provided that information.
Q There were questions about your absence at the St. Louis facility. Does your absence -- were you absent completely from the facilities or were you absent