Ex. B-7



there's a back door off of the alley. We would have a book where the person's name and the date and the time would go. That would be when the body entered the funeral home. Upstairs in the preparation room where we maintained the embalming log, we didn't have the duplicate information that was put in for the initial arrival for registration log. So when I was notified that the embalming logs were missing information, the information wasn't on the embalming logs. They were in another part of the funeral home in the initial registry log. And so different people would make those entries because whoever would make the entry for the initial log, of course, that would be the person who brought the remains into the facility. So that could be -- at that time, we may have used two or three transportation services and then we also had people on staff that would go to hospitals and nursing homes and residences to take loved ones into our care.

Q Okay, thank you. What is a register log for and when is an entry is supposed to be made?

A When the body enters the funeral home. But what we've since did was we combined them, so the embalming log acts as the register log.

Q Okay. Is the log ever rebuilt from memory months later, the same as the original?

**A No, not anymore. What I would do from time to time is I would typically do it weekly is what I would do, because in '22 and '23, the log was being kept downstairs in the back by the back door. So instead of me making a trip all the way from upstairs on the second floor, walking all the way through the funeral home, going to the log to update it, it was just easier for me to just do it every week. So I would just sometimes on my way out when I would leave the unit, I would grab the log and I would take it with me to update it. I've since changed my policy because at the time, I was not aware that the log was not supposed to leave -- ever leave the premises. So I would update it and bring it back, so I don't do that at all. I don't take it out of the facility.**

Q So the log is intended to stay within Serenity?

**A Right.**

Q Okay. Is the director in charge responsible for the embalming being done or under the direct supervision of a licensed embalmer?

**A Clarify that.**

Q The director in charge is responsible for embalming being done, or are they under -- is the director in charge responsible for the embalming being done or under the direct supervision of a licensed

**A There was one other place. There was an area upstairs not accessible to the public where back in -- well, I don't recall the specific time, but a new roof was put on the building.**

Q Do you have a ballpark of when that happened?

**A I don't.**

Q What was your understanding of the seriousness of the 2023 violations?

MS. LEWIS: Objection, vague.

BY MS. WARD:

Q I'm just asking how you felt. Did you feel the violations were serious?

**A I felt the violations or the alleged violations warranted our attention. I did not think they rose to the level that an injunction should have been sought against me and my livelihood taken and my business closed.**

Q What were the main causes for any violations for repeating across years?

MS. LEWIS: Objection, vague.

**A And I don't know because I didn't become the funeral director in charge until '22.**

BY MS. WARD:

Q After you became the director in charge, can you answer that question?

**A The only violation repeated issue would have been with the embalming log. And so they weren't present, because what I had been doing was revising the log books -- or not revising. I was getting the logs together from '22 through '23, and so I was kind of backed up with the logs and taking care of the '22 violations.**
Q In your opinion, what was the most significant compliance challenge for Serenity in 2023?
**A A compliance challenge?**
Q Yes. Did you have a hard time with complying in any way? And what was the hardest thing to comply with?
**A During what time frame?**
Q 2023.
**A During the inspections?**
Q Yes.
**A My embalming logs were a challenge only because I was behind in keeping them maintained.**
Q And how far behind were you?
**A And I don't recall.**
Q As of today, do you believe Serenity's operations and records fully comply with all board requirements?
MS. LEWIS: Objection. Calls for speculation. Very ambiguous. There are a