Ex. C

**FUNERAL HOME NAME**

Serenity Memorial Funeral and Cremation Service LLC

**DBA Name** Serenity Memorial Funeral and Cremation Service

**LICENSE #** 2014033746

**Inspection Date** 4/24/22

**Inspector:**
CIU: ☐ Kevan Lager ☒ Nick McBroom ☐ Lisa Carlos ☐ Andrew Wickham

**Letter Sent** 8/31/22

**Funeral Home Response Due** 11/29/22

**Second Notice Sent** 12/27/22

**Second Notice Due** 1/15/23 response recvd 1/11/23

**Final Notice Sent** __________

**Final Notice Due** __________

**Violation Corrected** 3/3/23