Ex. D

3. Admit that it is standard protocol, procedure, or practice for the Board to provide funeral home licensees with an opportunity to cure the deficiencies identified during an inspection of their facilities.

**ANSWER: Deny.**

4. Admit that on March 7, 2023, the State Board of Embalmers and Funeral Directors notified Mr. Johnson that the violations at Serenity had been corrected.

**ANSWER: Deny.**

5. Admit that an unannounced inspection of Serenity was conducted on March 14, 2023 (identified in the Complaint as the "March Unannounced Inspection").

**ANSWER: Admit.**

6. Admit that Mr. Johnson requested a copy of the inspection report from the March Unannounced Inspection at the conclusion of the inspection.

**ANSWER: Deny.**

7. Admit that Mr. Johnson was not immediately given a copy of the inspection report from the March Unannounced Inspection upon his request.

**ANSWER: Deny.**

**<u>ANSWER:</u> Admit insomuch as the referenced appointments are correct. Defendant states this was not the first appointment to the Board for all individuals named in this request.**

27. Admit that, at the time of the filing of the TRO/Injunction, the Board had not yet been fully and sufficiently trained about the details of its oversight responsibilities and the standard process for handling complaints.

**<u>ANSWER:</u> Deny.**

28. Admit that on May 25, 2023, Mr. Johnson requested an emergency meeting with you, Scott Meierhoffer, Christopher Howard, Taylor Howe, and Kelvin Baucom (collectively, the "Board").

**<u>ANSWER:</u> Admit**

29. Admit that Mr. Johnson's May 25, 2023, request for an emergency meeting with the Board was denied.

**<u>ANSWER:</u> Deny.**

30. Admit that Mr. Johnson requested a copy of the inspection report from the Unannounced May Inspection on May 23, 2026.

**<u>ANSWER:</u> Deny.**

31. Admit that Mr. Johnson was not provided with a copy of the inspection report from the Unannounced May Inspection until June 5, 2023.

**ANSWER: Admit, in part. Defendant states a copy of the March and April inspections and photographs was sent by the Board's attorney, Samantha Green, to Serenity's attorney, Melvin Raymond, as a courtesy by email on May 24, 2023. After the inspection report for the May site visit was complete, a courtesy copy was sent to Attorney Raymond by Board counsel on June 5, 2023.**

32. Admit that on May 30, 2023, Mr. Johnson requested an emergency meeting with the Board.

**ANSWER: Admit.**

33. Admit that Mr. Johnson's May 30, 2023, request for an emergency meeting with the Board was denied.

**ANSWER: Deny.**

34. Admit that on June 2, 2023, Mr. Johnson requested an emergency meeting with the Board.

**ANSWER: Admit.**

35. Admit that Mr. Johnson's June 2, 2023, request for an emergency meeting with the Board was denied.

**ANSWER: Admit.**

36. Admit that on June 6, 2023, Mr. Johnson requested an emergency meeting with the Board.

**ANSWER: Admit.**

37. Admit that Mr. Johnson's June 6, 2023, request for an emergency meeting with the Board was denied.

**ANSWER: Admit.**

Respectfully submitted,

**CATHERINE L. HANAWAY**
Attorney General

*/s/ Jessica L. Ward*
Jessica L. Ward, # 57389
Assistant Attorney General
149 Park Central Sq.,
Suite 1017
Springfield, MO 65806
Phone: (417) 895-6567
Jessica.Ward@ago.mo.gov

**ATTORNEY FOR DEFENDANT FAENGER**