Ex. E

6. Identify each Person who participated in, approved, recommended, reviewed, or had authority over the initiation, continuation, or termination of the investigations, charges, administrative proceedings, or prosecution of the claims against Plaintiffs, and each Person who participated in notices, hearings, or appeals affecting Plaintiffs. For each, state their name, title, responsibilities, dates of involvement, and specific actions taken.

**ANSWER**:

- **Annual inspection conducted by Nick McBroom on 3.14.23, accompanied by Ryan Stiffler. Patty Faenger initiated a case review number and directed the inspector to return to provide further inspection and obtain records. Nick McBroom returned on 4.26.23 and 4.27.23.**
- **Kevan Lager completed the inspection on 5.22.23. Patty Faenger, Dennis Gamble and Clair Hofmann who assisted in gathering photographic information and funeral home records for the deceased accompanied him.**
- **Members of the State Board of Embalmers and Funeral Directors directed the filing of the TRO/Injunction in Cole County Circuit Court on May 17, 2023.**
- **Samantha Green, Board legal counsel, attorney in TRO/Injunction in Cole County Circuit Court.**

**Employees on behalf of the Board:**

**Patty Faenger, Executive Director**

- **Responsibilities: Provides daily operation of the professional licensing board to include supervision of board employees, oversight of all licensing functions, complaint management, engagement with stakeholders to include the public, legislative branch as needed, groups and associations related to the profession, etc.**
- **Involved throughout the inspection, investigation process, continues involvement as custodian of records, and participates in hearings as required.**
- **Specific Actions Taken: Initiated re-inspection referral, requested and reviewed records, prepared investigative findings for the Board, answered questions for Board members and during hearing as a witness. Interviewed complainants as needed.**

**Nick McBroom, CIU Inspector/Investigator**

**Kevan Lager, CIU Inspector/Investigator**

**Ryan Stiffler, CIU Supervisor**

- **Responsibilities: Inspects funeral establishments and completes inspection reports. Reinspects and gathers records. Investigates public complaints, including staff, complainant and other stakeholders. Prepares written inspection and investigative reports for the Board. Participates in Board and court hearings as needed.**
- **Dennis Gamble, Board Staff and licensed embalmer**

**Provided oversight for financial examinations and supervised field examiners. As a licensed embalmer, he provided consultation to the executive director as needed.**

- **Clair Hofmann, Board staff**

  **Direct responsibilities for management and compliance of licenses on discipline, oversight and training responsibilities related to licensing and licensing system, board meeting preparation/communication with board members and engagement with the public and stakeholders as necessary. Assists the executive director and legal counsel in record management.**

7. For each such Person identified in Interrogatory No. 6 above, describe any and all orientations and trainings they received regarding (a) their roles and responsibilities as members of the State Board of Embalmers and Funeral Directors, (b) due process requirements, (c) probable cause standards, (d) procedures for sanctioning temporary restraining orders and/or injunctions against licensees, and (e) notice and hearing requirements. For each such orientation or training, include the frequency, date(s), name of the trainer or facilitator, content outlines, delivery format, and credentialing entity.

**ANSWER**: