**know what -- what happened and what went on in them. Yes, ma'am.**

Q. Okay. Do you remember -- and I'm referring specifically, Mr. Howard, to the date in May -- May 2023, in which there was a vote to file an injunction against Serenity. Do you remember that meeting and that date?

**A. Yes.**

Q. Okay. Was that -- do you remember the actual date in May?

**A. No, ma'am. I -- I don't. That -- that -- that's been three years ago. I'm not being funny, just being honest about it.**

Q. No, and that's fine. That's perfectly fine. So, just as an FYI, the date was May -- May 17th of 2023.

**A. Okay.**

Q. That sound about right?

**A. Yes, ma'am. Sure. Yeah.**

Q. So that particular meeting, the -- and again, I'm specifically referring to the May 17, 2023 meeting that was called, in which a vote was moved -- was made -- or motion was made and a vote was cast to file an injunction against Serenity. Was that a regular meeting, a special meeting, or an emergency meeting?

**A. As I remember it, it was a regular meeting because we had had to cover - we had had other stuff to discuss also that that did not regard Mr. -- or Serenity as you call it.**

Q. Okay, and were you physically present at that meeting, or were you there remotely?
**A. Physically present.**
Q. Okay. Do you recall taking any notes regarding Serenity at that meeting?
**A. No, ma'am, because everything is provided for us digitally on a computer.**
Q. Okay. I understand that a bit. Mr. Howard, when were you first acquainted to the board?
**A. Oh my gosh, ma'am, you're -- you're asking a lot of -- I want to say 2021, 2022. I'd actually have to look about that because I don't really keep track of when I was appointed or when I wasn't appointed. I would say 2022. I -- because I -- or I would have to look. So.**
Q. Okay. And was that your first appointment?
**A. Yes, ma'am. Uh-huh. Yes.**
Q. Okay. So, what -- I know you say you -- you are currently the vice chair of the board. What statutory seat did you hold in 2023, which would have been around about the time? Again, I'm referring to the time frame in which the injunction was filed against Serenity.
**A. Vice chair.**
Q. Were you -- okay, were you vice chair? And were you also -- so you were -- you were appointed as the vice chair, or no?
**A. I was -- I was appointed to the board, and then we -- we**

**elect officers, and I was elected vice chair, and I've been vice chair ever since I've been on the board.**

Q. Okay, but you came in as a regular board?

**A. Yeah. Yeah, I come in, I got elected to the board, and then we had our -- we voted on the officers and stuff like that. So yes, I've been vice chair since I got on the board. Yes.**

Q. Okay. And then, with your -- with that initial appointment, were you a funeral director embal -- or embalmer, or you were in another category?

**A. I was -- I was owner/funeral director embalmer. Yes, ma'am.**

Q. Okay, so you are a licensed embalmer?

**A. Yes, ma'am. Uh huh. Yes.**

Q. Okay. Okay. So, if you came in in roughly 2022, that means you -- you would have proxy -- and I know you -- that was your best guess estimate, and I respect that. So, around about the time the matter -- the Serenity matter presented itself in 2023, you would have been on the board for -- you had been serving on the board for roughly a year or so. Is that fair?

**A. Yes. Uh-huh. Correct.**

Q. Okay. And do you know how many meetings you attended during that -- during that 2023 term?

**A. Well, we have a meeting every quarter, so it would have been the full meet -- the full year's meetings.**

Q. Okay.