**A. I don't recall that.**
Q. I know you said you've been in the funeral industry -- in the funeral services industry for over 20 years --
**A. Yes, ma am.**
Q. -- and there were some -- you -- you had some -- you were able to draw conclusions based on visual observations. Did you verify -- you, yourself, verify any -- any of the allegations, or -- I just want to make sure that you're -- you're saying you depended on the photos and the materials that was provided. Like, you didn't go out to the site and verify?
**A. No, ma am. No, I've -- I've -- I've -- I've -- like I said, I couldn't tell you where their -- where their location is to save anybody. So.**
Q. Okay. Okay. Did you ask questions to ver -- questions at the meeting prior to the vote? Did you ask questions about -- that would have provided you with additional information to verify some of the -- the photos and the things and the documents that you were reviewing?
**A. You want to clarify that? I'm not -- I mean, ask questions as -- as in how, I guess, is my question for you.**
Q. Sure. No. Sure. So you say you were -- you were presented with a board packet and it had photographs and documents, inspection reports. You say you reviewed that, you could tell from a visual observation of a photograph that some bodies were not embalmed. You talked about the transport van,

coolers, and other issues that were alleged in the -- in the documents and -- and reports. My question was, did you ask any follow-up questions regarding what you were reading and/or seeing in documents and photographs?

**A. Yeah. I mean, I ask questions, and -- and -- and we all discuss things, and, you know, everybody has their questions to ask and this to ask. And yes. So, I mean, I -- I did ask questions. I don't know to the extent of what questions I asked, but yes, I -- I did ask questions.**

Q. And who were those -- okay, thank you. That's what I was getting at. And who were those questions directed to?

**A. I would have been directed to Patty, because obviously the investigator is not there during our meetings.**

Q. Okay, so those questions, you ask questions of Ms. Faenger?

**A. Yes. Uh-huh.**

Q. Okay. Were -- this is prior to voting -- to taking a vote for the injunction, Mr. Howard. Were you told that Serenity had not received its inspection findings, inspection report, or notice of deficiencies for the March inspect -- March 2023 inspection?

**A. I -- I can't recall that, no. I can't recall if we were -- I'm sure we were told, but I can't recall it.**

Q. Okay. Were you told that Serenity had not received a written April 2023 inspection report and notice of deficiencies?

**A. Not that I recall, no.**