staff?
**A. You want to clarify what neutral staff would be?**
**A. Neutral board staff. I know she's a -- she's a -- she's considered board staff; correct?**
**A. Yeah, she's -- she's -- yeah, she -- she is considered board staff. She is our executive director for the board. So.**
Q. I was just -- my -- so my question was, do -- do you treat her as neutral?
**A. Yes. Yes, ma'am. Yeah, I -- I don't -- yeah, yeah. There -- there's no hierarchy or anything like that. She's just neutral.**
Q. Did you assume the summary Ms. Faenger provided to the board was complete?
**A. Yes, ma'am.**
Q. Did you ask Ms. Faenger -- in your lines of questioning, did you ask if there were any favorable facts that existed, favorable to Serenity? Facts that were favorable to Serenity?
**A. No, ma'am. That doesn't really cross -- I mean, that doesn't really come into play in my eyes, when it's everything that -- that we have or our complaints, no.**
Q. Did you ask what had and had not been verified?
**A. I did not, no.**
Q. So, did you ask whether her summary used conclusions not found in the reports in the inspection reports?
**A. What do you mean by her summary? I'm -- I'm not following**