much said that, yes -- I mean, I agree that we need to do this, and then I think we all voted yes or yay or whatever we did. So.

Q. And you -- you personally chose to authorize the public injunction action; correct?

A. Yes, uh-huh.

Q. Meaning no one forced your vote; correct?

A. Oh no -- no, it was -- it was all -- no. I mean no -- no, ma'am. I'm -- I'm my own person.

Q. And you exercised independent -- independent judgment; correct?

A. Yes, ma'am.

Q. Okay. So prior to the vote, there were -- to the best of your knowledge, there was no pre-vote hearing with Serenity; correct?

A. No. No, ma'am. No, I mean, we're all fair, and I mean we -- we take whatever is put in front of us, and we -- we make a decision on that.

Q. Okay. And prior to the vote, no witness spoke on behalf of Serenity; correct?

A. Not that I know of, no, ma'am.

Q. And was there any -- I know you said, sometimes, licensees will either call in or provide a written statement explaining their side. Was -- do you recall that being in the packet, prior -- being reviewed prior to the -- being provided, I should