and e-mails that I have shared with you give you a good idea of the progress made at Serenity. I'm asking for a meeting with the board before Friday's hearing to discuss options for moving forward. Did Ms. Faenger tell you about the existence or the request from this June 6th e-mail?

**A. No, ma'am.**

Q. Okay. Bear with me for a second, please. So is it fair -- it's fair to say, Mr. Howard, if you didn't -- I know earlier you said, you know, if it were me, I would be trying to make those corrections to that have been identified, or make corrections to my facilities and -- and try to meet with the board and explain to the board. It's fair to say that Mr. Johnson made multiple attempts, more than five attempts, to meet with the board to discuss the alleged deficiencies in its facility. Is it -- it's fair to say that you were -- you had not been informed of those multiple requests made by Mr. Johnson to meet with the board. Is that accurate?

**A. Yes, that is accurate. I will add that each board meeting does have a -- a public session when -- when it begins, and if Mr. Johnson would have showed up at that public session and said, hey, I'm here. Can -- can we have a closed session discussion or whatever he wanted to do, we -- we would have granted that. Now that's hindsight 2020, but yes, no. As far as your question, your -- no, I did not. No.**

Q. Who was the legal counsel for the board during the May 2023