Ex. G-1



anything concerning Serenity. Have you saved any of those documents or communications regarding Serenity or have they been destroyed?

A I have not preserved any.

Q Okay. So I guess let me ask it differently, Mr. Howe, did you have documents regarding Serenity but they have not been preserved or they have been subsequently destroyed? Or did you not have documents at all in your possession regarding Serenity?

A I do not have any personal documents in my possession about Serenity. I don't believe that I made any personal documents about Serenity.

Q Okay. Thank you for clarifying. Do you independently remember the board meeting at which Serenity was discussed and -- well, let me be specific -- an injunction against Serenity was discussed?

A I recall the meeting taking place.

Q Okay. Do you remember the date?

A I don't.

Q So the board meets quarterly; is that accurate?

A Yes.

Q Okay. Are the months that the board meet

consistently the same from year to year?
A I believe so, roughly.
Q Okay. And what are those months that the board meets?
A We would typically meet in March, June, September, and December.
Q March, June, September, and December?
A Yes, ma'am.
Q Okay. So the meeting in which an injunction against Serenity was discussed, was it a regular, special, or emergency meeting?
A I don't know that specifically.
Q Okay. So at the meeting then which the filing of an injunction was discussed, were you present in person or remotely?
A In person.
Q Okay. And did you take any notes at that meeting?
A Do you mean regarding savory or do you mean at all?
Q I'm sorry. Ask me your question again.
A Do you mean, did I take any notes regarding savory or if I took any notes at all?
Q Any notes regarding savory?