Ex. G-2



Q Was the confidentiality of complaints and investigative materials explained?

A I don't recall.

Q Was the public nature of a court filing explained?

A In?

Q In the material in the training. I'm speaking very specifically the orientation and training materials you received.

A I don't recall.

Q Were you trained to distinguish observed facts from assumptions or hearsay or legal conclusions?

A I don't recall.

Q Were you trained to consider favorable or exculpatory information?

A I don't recall.

Q Did you receive any Serenity specific training at the May 17, 2023, meeting?

A Can you clarify what you would mean by Serenity specific?

Q Sure. Thank you. So at that May 17, 2023, meeting, the discussion was regarding Serenity and considerations for what to do with Serenity. There

was a board packet prepared; materials were reviewed; photographs, documents were prepared by Ms. Faenger and presented to the board. Do you recall that?
A Not specifically the materials, but yes.
Q Okay. Would seeing the meeting minutes or the board summary, would that refresh your memory?
A I think that would be helpful.
Q Okay. Bear with me, please.
MS. LEWIS: Court Reporter, please mark this document as Exhibit A.
Let the record reflect that Exhibit A has been marked for identification, and I am sharing Exhibit A on the screen.
(Exhibit A was marked for identification.)
BY MS. LEWIS:
Q Mr. Howe, can you see it clearly?
A I can.
Q Okay. And I'm going to scroll down. So here, it says, "Closed minute, May 17, 2023." I'll allow you to review it. Just let me know when you are done.
A Okay. I'm done.
Q Okay. Also, bear with me for a second.