Ex. G-3



action and the issue be brought to the board without any recommendation attached to it from me.

Q And I know I asked earlier, but do you recall making any recommendations as it relates to Serenity?

A I do not.

Q Okay. Was there any consideration or circumstance or condition that made hearing directly from Serenity impractical?

A I don't recall.

Q Okay. So the board only heard from board staff and legal counsel; correct?

A The inspectors are not staff of our board specifically.

Q But you said you didn't hear from the inspector. Did you hear from the inspector?

A Well, I'm -- I'm -- the inspector was not present. The inspector would've -- I'm thinking out loud, and I'm going to stop. Ask your question one more time.

Q The board only heard from board staff and legal counsel; correct?

A As far as I recall.

Q It did not hear from Serenity. Meaning

Serenity was not present and did not present itself at that meeting to answer any questions that the board may have; correct?

A That's my recollection.

Q And the vote for the injunction against Serenity was cast before Serenity received written notice of deficiencies; correct?

A I don't recall.

Q The board authorized a public action, i.e. an injunction, seeking to close Serenity; correct?

A Any action that the board takes would be public. Yes.

Q Okay. Were you aware that the injunction, which was Exhibit D, contained allegations that accused Serenity of mishandling human remains?

A Yes.

Q Did you expect media interest in this matter?

A I -- I don't recall.

THE REPORTER: It looked like --

MS. WARD: And I just said -- I'm sorry.

THE REPORTER: Yeah. I was saying it looked like you were trying to speak, so I wanted to