Ex. G-4



notice of deficiencies?

MS. WARD: Objection. Calls for speculation.

MS. LEWIS: Are you directing him not to answer the question?

MS. WARD: I'm not. He can go ahead if you can.

THE WITNESS: Can you repeat it, please?

BY MS. LEWIS:

Q Would you have voted differently had you known that Serenity had not been provided with their March and April inspection reports and a written notice of deficiencies from those inspections?

A I can't say.

Q Did you treat Ms. Faenger as neutral staff?

A Yes.

Q Did you assume the summary she provided to the board was complete? And by summary, I meant what I showed as Exhibit B. Did you assume that that summary was complete?

A My assumption of any summary would be that it would contain violations. An inspector doesn't show up to take pictures of all the things that are

right. So in that way, I would've assumed that the violations that were shown in the summary were correct.

Q Well, thank you. But my question was whether or not they were complete.

A Did I assume at the time that the summary was complete?

Q Correct.

A I couldn't speak to the completeness of it. But the accuracy of the allegations, yes.

Q You assumed that the allegations were accurate?

A Yes.

Q What did you base your assumption on?

A Photographic evidence.

Q I didn't catch the first part. You said, what was that?

A Photographic evidence.

Q The photographic evidence. So based on the photographic evidence, you assumed that the allegations were correct?

A Yes.

Q Okay. Was there anything presented in the photographic evidence that evoked a question or a