Q. Okay. Did you independently verify any allegation against Serenity?
**A. Me personally?**
Q. Yes.
**A. No.**
Q. Before voting for an injunction against Serenity, were you told that Serenity had not received the March 2023 inspection findings?
**A. I don't recall.**
Q. Were you told that Serenity -- and this would have all been -- all these questions are before voting on the inspection. Were you told that Serenity had not received the April 2023 inspection findings?
**A. Do not recall.**
Q. Were you told that Serenity had not received a deadline to correct any alleged deficiencies?
**A. Do not recall.**
Q. Were you told that Serenity had not been invited to address the board?
**A. I do not recall.**
Q. Were you told that Mr. Johnson had asked Investigator McBroom what needed attention or needed to be corrected?

Q. Do you recall what those documents were?

**A. No, not at this time.**

Q. Did you treat Ms. Faenger as a neutral staff?

**A. You mean me personally --**

Q. Yes.

**A. -- or the board? Absolutely.**

Q. Did you assume the summary that Ms. Faenger provided to the board was complete?

**A. All I can do is take what they provide me.**

Q. Did you ask if there were any favorable facts, favorable for Serenity facts existed?

**A. I only take the facts given.**

Q. Did you ask what had or had not been verified?

**A. Again, I only take the facts and documents given.**

Q. Did you ask whether Ms. Faenger's summary used conclusions not found in the inspection reports?

**A. Can you repeat that, please?**

Q. Did you ask whether the summary