Ex. I-1

IN THE CIRCUIT COURT OF MISSOURI
19TH JUDICIAL CIRCUIT, DIVISION III
Honorable Cotton Walker, Judge

STATE BOARD OF EMBALMERS AND FUNERAL DIRECTORS, )
Petitioner, )
vs. ) No. 23AC-CC03077
SERENITY MEMORIAL FUNERAL HOME AND CREMATION SERVICE, LLC, )
Respondent. )

COPY

JUNE 9, 2023

Lisa M. Hennon, Certified Court Reporter
Official Court Reporter, 19th Judicial Circuit
Cole County, Missouri

# I N D E X


| | Page |
|---|---|
| Exhibit Index | 3 |
| Appearances | 4 |
| **PETITIONER'S EVIDENCE** | |
| PATTY FAENGER | |
| Direct Examination by Ms. Green | 7 |
| Cross-Examination by Mr. Pearson | 30 |
| NICK MCBROOM | |
| Direct Examination by Ms. Green | 44 |
| Cross-Examination by Mr. Harding | 61 |
| PETITIONER RESTS | |
| Respondent's Motion For Directed Verdict | 84 |
| **RESPONDENT'S EVIDENCE** | |
| KENNETH MCGHEE | |
| Direct Examination by Mr. Harding | 86 |
| Cross-Examination by Ms. Green | 100 |
| GERALD JOHNSON | |
| Direct Examination by Mr. Harding | 104 |
| Cross-Examination by Ms. Green | 123 |
| RESPONDENT RESTS | |
| Reporter's Certificate | 133 |

A P P E A R A N C E S

FOR PETITIONER:
Samantha A. Green
The Green Law Firm, PC
P.O. Box 104854
Jefferson City, MO 65110
(573)690-3900
sgreen@hearnegreen.com

FOR RESPONDENT:
R. Ryan Harding
Lowell D. Pearson
Husch Blackwell, LLP
235 East High Street, P.O. Box 1251
Jefferson City, MO 65102
(573)635-9118
ryan.harding@huschblackwell.com
lowell.pearson@huschblackwell.com

Melvin L. Raymond
Melvin L. Raymond Law Firm
4387 Laclede Avenue
St. Louis, MO 63108
(314)534-2800
mraymondattorney1@att.net

getting a better handle on the paperwork.
Q. You had indicated that you asked Darryl Rainey to ask for the inspection reports.
A. Uh-huh. And I also asked Nick if there was anything that I needed to pay attention to.
Q. When you were on the phone with him?
A. Yes, ma'am.
Q. Yes. Did you bother to call the Board office and speak with the Board's Executive Director and follow up with those?
A. No, ma'am. No, ma'am. In the past, I never had either.
Q. Okay. I'm gonna --
MS. GREEN: Judge, may I approach, please?
THE COURT: Yes.
MS. GREEN:
Q. I'm just gonna leave these in case you have questions. But I've got Exhibit 4 and Exhibit 5 here. When I say the Individual A, do you know the name of that individual?
A. I think Individual --
THE COURT:
Q. Don't say the name. Don't say the name. Do you know the name?
A. I believe so.