Ex. I-2

livelihood. And not just me, you know. All of my employees.

Q. Would you have to lay off those employees, in your opinion?

A. I would.

Q. And do you have any assurance that you would get them back if that order was lifted at some point?

A. I don't, no.

Q. And what about monetary harm?

A. It would be a lot.

Q. Have you done any calculations or -- Haven't been able to bring yourself to do that quite yet?

A. Well, the past few weeks have been difficult. Because, you know, after the article, I had six or seven families transfer immediately. I got a lot of phone calls. And those are just the people I know about, you know.

I had a family just the other day, you know, who did elect to entrust me tell me that the whole time she was at the nursing home telling the nursing home staff, "We want Serenity.", they're saying, "No, you don't want to go there. Look at this article." So it's been things like that. You know, I've tried to make vendor orders, and I'm put on hold.

THE COURT: Mr. Harding, I'm sorry. I'm gonna let you inquire. Because that effect is not part of the balance.

The balance that I have to weigh is the effect of any order I may make, not any other --

MR. HARDING: Agreed. Understood. Thank you, Judge.

Q. Turning back now to harm to your employees, how many people do you employ?

A. In St. Louis, 21.

Q. And have you made any decisions if the judge was to enter an order shutting you down temporarily, what would happen to those employees?

A. I'd have to lay them off.

Q. Would you have any way to pay them otherwise?

A. No, no. Last week I went to -- I cut it down in half. So I furloughed about everybody except 4 people, 4 or 5 people.

Q. Okay. Have you tried to comply with what the Board wants you to do?

A. Oh, absolutely.

Q. Is there anything they've asked you to do that you haven't done?

A. No.

Q. If in the future they were to ask you to make corrections, would you?

A. I've never had a problem with being cooperative or trying to be compliant with the Board.

Q. And, as far as you knew, in 2022, you were