Electronically Filed - Cole Circuit - May 22, 2023 - 09:37 AM

IN THE CIRCUIT COURT OF COLE COUNTY
STATE OF MISSOURI

STATE BOARD OF EMBALMERS AND FUNERAL DIRECTORS,
3605 Missouri Blvd.
PO Box 423
Jefferson City, MO. 65102-0423

Petitioner,

vs. ) Case no. _______________

SERENITY MEMORIAL FUNERAL AND CREMATION SERVICE LLC,
1905 Union Blvd.
St. Louis, MO. 63113

Registered Agent:
Melvin Raymond, Attorney at Law
4387 Laclede Ave.
St. Louis, MO. 63108

Respondent.

VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND PERMANENT INJUNCTION

COMES NOW Plaintiff, the State Board of Embalmers and Funeral Directors ("Board"), and for its cause of action states:

The Parties

1. The Board is an agency of the State of Missouri created and established pursuant to Section 333.151, RSMo, for the purpose of executing and enforcing the provisions of Chapter 333 and portions of Chapter 436, RSMo.

2. Respondent Serenity Memorial Funeral and Cremation Service LLC (hereinafter "Serenity" or "funeral home") is a Missouri limited liability company

Electronically Filed - Cole Circuit - May 22, 2023 - 09:37 AM

registered with the Secretary of State. Serenity holds a funeral establishment license issued by the Board, no. 2014033746. The business operates at 1905 Union Blvd., St. Louis, MO. 63113.

Jurisdiction and Venue

3. Jurisdiction and venue are proper before this Court pursuant to Section 333.335, RSMo., which authorizes the Board to seek injunctive relief to protect the welfare of the public.

4. Section 333.335, RSMo., provides, in relevant part:

> 1. Upon application by the board and the necessary burden having been met, a court of competent jurisdiction may grant an injunction, restraining order, or other order as may be appropriate to enjoin a person[1] from:
>
> > ***
> > (2) Engaging in any practice or business authorized by a registration or authority, permit, or license issued under this chapter that is in violation of this chapter or sections 436.400 to 436.520, or upon a showing that the holder presents a substantial probability of serious danger to the health, safety, or welfare of any resident of this state or client or customer of the licensee or registrant[.]
> > ***
>
> 2. Any such action shall be commenced in the county in which such conduct occurred or in the county in which the defendant resides or, in the case of a firm or corporation, where the firm or corporation maintains its principal office or in Cole County.
>
> 3. Any action brought under this section shall be in addition to and not in lieu of any authority provided by this chapter, and may be brought concurrently with other actions to enforce this chapter or sections 436.400 to 436.520.

[1] "Person" is defined by Section 333.011, RSMo, as "any individual, partnership, corporation, cooperative, association, or other entity".

Electronically Filed - Cole Circuit - May 22, 2023 - 09:37 AM

Statement of Facts Relevant to All Counts

5. On or about March 14, 2023, the Board's investigator performed a routine site inspection at Serenity.

6. In general terms, the inspection found unsafe and unsanitary conditions; human bodies mishandled; and one body unidentified.

7. On April 26, 2023, the Board's investigator returned for a follow-up visit.

8. In general terms, the follow-up visit continued to find unsafe and unsanitary conditions; bodies mishandled; additional bodies stored in an overflow room; and additional bodies kept in a van parked outside of the funeral home.

9. No register or embalming logs (which contain the identification of bodies at the funeral home) were maintained on the premises during the Board's site visits on March 14, 2023 and April 26, 2023 as required by law.

10. On April 27, 2023, the Board's investigator returned to the funeral home to obtain additional records and was granted access to the refrigeration/cooler unit, which contained additional bodies not previously known to the investigator. The funeral home did not provide the investigator with a register log of those individuals stored in the refrigeration/cooler unit.

11. Records later produced by the funeral home provide conflicting information regarding the bodies located at the funeral home during the site visits, including whether they were cremated, properly stored, or embalmed.

Electronically Filed - Cole Circuit - May 22, 2023 - 09:37 AM

COUNT I: Embalming Room

12. The Board incorporates all paragraphs stated above.

13. On or about March 14, 2023, the Board's investigator observed the following dangerous and hazardous conditions to human health and other violations of Missouri statutes and rules in the embalming room:

A. The embalming room contained five bodies, only four of which could be identified;

B. One body had the "skull cap" removed and was not embalmed;

C. The embalming room had a strong odor;

D. Biohazards were visible throughout the embalming room;

E. An embalming drain sink was visibly clogged with bodily fluid or other biohazards;

F. Trash was exposed without a lid;

G. A licensed embalmer was not present;

H. The embalming room was unlocked;

I. An employee of the funeral home touched several bodies without safety precautions, such as using gloves;

J. The ceiling was cracked and tape appeared to hold up a portion of a light fixture;

K. The floor was in poor condition with leaks from an embalming drain sink and/or past fluids that had not been cleaned;

L. The embalming log was not present.

Electronically Filed - Cole Circuit - May 22, 2023 - 09:37 AM

14. On or about April 26, 2023, the Board's investigator returned for a site visit and continued to observe the following dangerous and hazardous conditions to human health and other violations of Missouri statutes and rules in the embalming room:

A. A body was observed on a gurney outside of the room and information obtained stated the body was embalmed the day prior, April 25, 2023, at 5:00 pm;

B. Two bodies were located inside the room;

C. One body was reportedly embalmed on April 20, 2023 (six days prior); however, the body appeared to be in the process of draining bodily fluids on April 26, 2023 and no licensed embalmer was present at the funeral home; there was no record the body had been refrigerated upon arrival to the funeral home, which reportedly occurred on April 20, 2023;

D. The other body was reportedly embalmed on April 25, 2023 at 7:00 pm (one day prior);

E. Many of the same violations found on March 14, 2023 continued to be found, including unsanitary conditions and storage of miscellaneous items. The floor continued to have large surface cracks; equipment in disrepair; and fluids were observed in embalming drain sinks;

F. The hand-washing sink was full of items, including an expired fire extinguisher;

G. The embalming fluid container was partially full with the lid off and

Electronically Filed - Cole Circuit - May 22, 2023 - 09:37 AM

lying to the side;

H. The embalming log was not present.

15. The condition and operation of Serenity's embalming room, including the mishandling of human bodies, presents a substantial probability of serious danger to the health, safety, or welfare to the public.

WHEREFORE, the Board prays this Court enter an Order granting a temporary restraining order, preliminary and permanent injunctive relief restraining and enjoining Respondent from operating any business or performing any service related to the care or handling of human bodies; prohibiting Respondent from engaging in the practice of funeral directing, embalming, and/or any other service regulated by Chapters 333 and/or 436, RSMo; assess against Respondent all costs and fees of these proceedings; and any other relief as this Court deems just and proper under these circumstances.

COUNT II: "Overflow Room"

16. The Board incorporates all paragraphs stated above.

17. On or about April 26, 2023, the Board's investigator discovered an unlocked and unmarked room in the funeral home. Staff described the room as "overflow".

18. The Board's investigator observed the following dangerous and hazardous conditions to human health and other violations of Missouri statutes and rules in the overflow room:

A. Fifteen bodies were found lying on backboards, racks, and makeshift type tables;

Electronically Filed - Cole Circuit - May 22, 2023 - 09:37 AM

B. One body did not have identification;

C. Two other bodies had illegible identification tags and could only be identified by first name;

D. Some bodies were uncovered; while others were partially draped with plastic;

E. Some bodies appeared to have been lying in the room for an extended period of time; several bodies had what appeared to be blood stains that dripped onto the carpeted floor or pedestals;

F. The overflow room and additional bodies were previously unknown to the Board's investigator and not disclosed during the March 14, 2023 site inspection;

G. The room was being cooled by a window air conditioning unit that read a temperature of 61 degrees;

H. An uncovered trash can was observed in the room which appeared to contain used paper sheets;

I. The room was carpeted with visible dark stains throughout;

J. The room contained a foul odor;

K. No register log was available.

19. The condition of Serenity's overflow room, including the mishandling of human bodies, presents a substantial probability of serious danger to the health, safety, or welfare to the public.

WHEREFORE, the Board prays this Court enter an Order granting a temporary

Electronically Filed - Cole Circuit - May 22, 2023 - 09:37 AM

restraining order, preliminary and permanent injunctive relief restraining and enjoining Respondent from operating any business or performing any service related to the care or handling of human bodies; prohibiting Respondent from engaging in the practice of funeral directing, embalming, and/or any other service regulated by Chapters 333 and/or 436, RSMo; assess against Respondent all costs and fees of these proceedings; and any other relief as this Court deems just and proper under these circumstances.

COUNT III: Bodies Present Despite Reported Cremation

20. The Board incorporates all paragraphs stated above.

21. The Board's investigator obtained records from the funeral home regarding two bodies that were physically present and observed during the site inspection at the funeral home on April 26, 2023.

A. Individual A:

1) Date of death – December 26, 2022;
2) Arrived at funeral home (no record);
3) Refrigeration (no record);
4) Embalmed (no record); death certificate states "not embalmed"
5) Death certificate states body cremated on January 12, 2023;
6) Body was present at funeral home and physically observed by investigator on April 26, 2023.

B. Individual B:

1) Date of death – December 12, 2022;
2) Arrived at funeral home (no record);

Electronically Filed - Cole Circuit - May 22, 2023 - 09:37 AM

3) Refrigeration (reportedly in cooler January – April 2023);
4) Embalmed (no record); death certificate states "not embalmed";
5) Death certificate states body cremated on December 30, 2023;
6) According to documents provided by the funeral home, Individual B's body was located in the cooler unit and was one of the eight bodies present at the funeral home and physically observed by the investigator on April 26, 2023;
7) By letter dated May 2, 2023 to the Board, the funeral home reports the family has abandoned the body and they intend to bury Individual B.

22. The mishandling of human bodies, falsification of death certificates, and failure to maintain adequate documentation of the bodies in the care of Respondent presents a substantial probability of serious danger to the health, safety, or welfare to the public.

WHEREFORE, the Board prays this Court enter an Order granting a temporary restraining order, preliminary and permanent injunctive relief restraining and enjoining Respondent from operating any business or performing any service related to the care or handling of human bodies; prohibiting Respondent from engaging in the practice of funeral directing, embalming, and/or any other service regulated by Chapters 333 and/or 436, RSMo; assess against Respondent all costs and fees of these proceedings; and any other relief as this Court deems just and proper under these circumstances.

Electronically Filed - Cole Circuit - May 22, 2023 - 09:37 AM

COUNT IV: Transport Van

23. The Board incorporates all paragraphs stated above.

24. On or about April 26, 2023, the Board's investigator observed a van registered to Serenity parked outside of the funeral home. The Board's investigator observed the following dangerous and hazardous conditions to human health and other violations of Missouri statutes and rules in the transport van:

A. Two bodies appeared to be strapped down to gurneys and covered with red blankets in the back of the van;

B. No driver/employee was located near the van;

C. The van's windows were cracked open;

D. The approximate temperature was 70 degrees at the time the bodies were observed.

25. The mishandling of human bodies presents a substantial probability of serious danger to the health, safety, or welfare to the public.

WHEREFORE, the Board prays this Court enter an Order granting a temporary restraining order, preliminary and permanent injunctive relief restraining and enjoining Respondent from operating any business or performing any service related to the care or handling of human bodies; prohibiting Respondent from engaging in the practice of funeral directing, embalming, and/or any other service regulated by Chapters 333 and/or 436, RSMo; assess against Respondent all costs and fees of these proceedings; and any other relief as this Court deems just and proper under these circumstances.

Electronically Filed - Cole Circuit - May 22, 2023 - 09:37 AM

COUNT V: Parlor Room

26. The Board incorporates all paragraphs stated above.

27. On or about April 26, 2023, the Board's investigator observed a parlor room. The Board's investigator observed the following dangerous and hazardous conditions to human health and other violations of Missouri statutes and rules in Parlor Room D:

A. Two bodies were observed in caskets located in Parlor room D;

B. The room was unlocked;

C. The carpeting was torn and stained;

D. The room was also used for casket storage.

28. The mishandling of human bodies presents a substantial probability of serious danger to the health, safety, or welfare to the public.

WHEREFORE, the Board prays this Court enter an Order granting a temporary restraining order, preliminary and permanent injunctive relief restraining and enjoining Respondent from operating any business or performing any service related to the care or handling of human bodies; prohibiting Respondent from engaging in the practice of funeral directing, embalming, and/or any other service regulated by Chapters 333 and/or 436, RSMo; assess against Respondent all costs and fees of these proceedings; and any other relief as this Court deems just and proper under these circumstances.

Electronically Filed - Cole Circuit - May 22, 2023 - 09:37 AM

COUNT VI: The Cooler

29. The Board incorporates all paragraphs stated above.

30. On or about April 26, 2023, the Board's investigator requested access to the cooler unit, but was prohibited from funeral home staff.

31. On or about April 27, 2023, the Board's investigator observed the refrigeration/cooler unit located inside of the funeral home. The Board's investigator observed the following dangerous and hazardous conditions to human health and other violations of Missouri statutes and rules in the cooler unit:

A. The cooler contained eight bodies previously unknown to the investigator;

B. The cooler did not have a working temperature gauge;

C. The cooler did not have a working light;

D. There was no log available to the investigator to show the identification of bodies, dates of arrival, and other information required by law;

E. Records later provided by the funeral home reported only six bodies in the cooler unit despite eight bodies actually being present on April 27, 2023.

32. The mishandling of human bodies presents a substantial probability of serious danger to the health, safety, or welfare to the public.

Electronically Filed - Cole Circuit - May 22, 2023 - 09:37 AM

WHEREFORE, the Board prays this Court enter an Order granting a temporary restraining order, preliminary and permanent injunctive relief restraining and enjoining Respondent from operating any business or performing any service related to the care or handling of human bodies; prohibiting Respondent from engaging in the practice of funeral directing, embalming, and/or any other service regulated by Chapters 333 and/or 436, RSMo; assess against Respondent all costs and fees of these proceedings; and any other relief as this Court deems just and proper under these circumstances.

Respectfully submitted,

THE GREEN LAW FIRM, PC

*/s/ Samantha Anne Green*
Samantha Anne Green, Mo. Bar no. 49813
PO Box 104854
Jefferson City, MO 65110
(573) 690-3900 – Telephone
Email: sgreen@hearnegreen.com
*Attorney for the State Board of Embalmers and Funeral Directors*

Electronically Filed - Cole Circuit - May 22, 2023 - 09:37 AM

VERIFICATION OF PETITION

The undersigned, being duly sworn, does hereby swear, attest, and affirm the allegations of the foregoing Petition are true, accurate and complete to the best of her knowledge and belief and that all such allegations are based upon information and belief supported by evidence.

Further, affiant sayeth not.

Patty Faenger
Executive Director
Missouri State Board of Embalmers
and Funeral Directors

In witness whereof I have hereunto subscribed my name and affixed my official seal this 19th day of May, 2023.

Notary Public

My Commission expires: May 25, 2023

CHRISTINA N. SCHUSTER
Notary Public - Notary Seal
Callaway County - State of Missouri
Commission Number 15636596
My Commission Expires May 25, 2023