Ex. K-1

**From:** Embalmers, PR
**To:** "Gerald Johnson"; Embalmers, PR
**Subject:** RE: Serenity Memorial
**Date:** Tuesday, March 7, 2023 10:57:02 AM
**Attachments:** image003.png
image004.png

---

Mr. Johnson,
These updates have been received and the violations have been corrected.

*Thank you,*

Clair Hofmann
Administrative Support Professional
State Board of Embalmers and Funeral Directors
Missouri Department of Commerce and Insurance
Division of Professional Registration

SHOW ME EXCELLENCE WHITE BELT

P: 573-751-0813
F: 573-751-1155
clair.hofmann@pr.mo.gov
Sign up for Embalmers news

DCI

---

**From:** Gerald Johnson <serenitymemorial2@yahoo.com>
**Sent:** Friday, March 3, 2023 10:42 AM
**To:** Embalmers, PR <Embalm@pr.mo.gov>; Gerald Johnson <serenitymemorial2@yahoo.com>
**Subject:** Re: Serenity Memorial

Please find attached the updated embalming log for December 2022

Thanks

Gerald T. Johnson
Serenity Memorial, President

Serenity Memorial Chapel
3416 West Main Street