Ex. K-2

**From:** Gerald Johnson <serenitymemorial2@yahoo.com>
**Sent:** Wednesday, September 27, 2023 4:34 PM
**To:** Lewis, Michelle
**Subject:** Fwd: Serenity Memorial Funeral and Cremation Service

Request to meet with the board 5/25/23

Gerald T. Johnson
Serenity Memorial Chapel, President

Serenity Memorial Chapel
3416 West Main Street
Belleville, Illinois 62226
618-233-6000 Phone
618-416-1242 Fax
618-781-6621 Cell

Serenity Memorial Funeral
And Cremation Service
1905 Union Blvd
Saint Louis, Missouri 63113
314-389-1900 Phone
314-224-5922 Fax

serenitymemorialchapel.com
FB: Serenity Memorial Chapel / Serenity Memorial Funeral and Cremation Service

Begin forwarded message:

> **From:** Gerald Johnson <serenitymemorial2@yahoo.com>
> **Date:** May 25, 2023 at 9:23:29 AM CDT
> **To:** patty.faenger@pr.mo.gov, clair.hofmann@pr.mo.gov
> **Subject: Serenity Memorial Funeral and Cremation Service**
>
> Dear Board
> Patty Faenger, Kelvin Baucom, Christopher Howard, Taylor Howe, Scott Meierhoffer
>
> In lieu of the court documents I received and newspaper article I have been made aware of, I am requesting an emergency meeting with the board.
>
> I am open to making myself available in person, via phone, webex, etc.
>
> Thank you so much for your time and consideration concerning this matter.

Respectfully

Gerald T. Johnson
Serenity Memorial Chapel, President

Serenity Memorial Chapel
3416 West Main Street
Belleville, Illinois 62226
618-233-6000 Phone
618-416-1242 Fax
618-781-6621 Cell

Serenity Memorial Funeral
And Cremation Service
1905 Union Blvd
Saint Louis, Missouri 63113
314-389-1900 Phone
314-224-5922 Fax

serenitymemorialchapel.com
FB: Serenity Memorial Chapel / Serenity Memorial Funeral and Cremation Service