Ex. K-3

## Fwd: Serenity Memorial Funeral and Cremation Service

**From** Gerald Johnson <serenitymemorial2@yahoo.com>
**To** Michelle Lewis <lmlewis@siwellaw.com>
**Date** 2026-09-08 9:45 pm

Gerald T. Johnson
Serenity Memorial Chapel, President

Serenity Memorial Chapel
3416 West Main Street
Belleville, Illinois 62226
618-233-6000 Phone
618-416-1242 Fax
618-781-6621 Cell

Serenity Memorial Funeral
And Cremation Service
1905 Union Blvd
Saint Louis, Missouri 63113
314-389-1900 Phone
314-224-5922 Fax

Serenity Memorial Cremation And Funeral Service
3701 Falling Springs Rd
Cahokia Heights, IL 62206

serenitymemorialchapel.com
FB: Serenity Memorial Chapel / Serenity Memorial Funeral and Cremation Service

Begin forwarded message:

**From:** Gerald Johnson <serenitymemorial2@yahoo.com>
**Date:** May 26, 2023 at 9:53:50 AM CDT
**To:** patty.faenger@pr.mo.gov, clair.hofmann@pr.mo.gov
**Cc:** mraymondattorney1@att.net, Melvin Raymond <mraymondattorney@sbcglobal.net>
**Subject: Re: Serenity Memorial Funeral and Cremation Service**

Dear State Board
Patty Faenger, Kelvin Baucom, Christopher Howard, Taylor Howe and Scott Meierhoffer

I was informed by attorney Melvin Raymond that the Board was open to a meeting. Thank you so much for your consideration. Please allow me to check with the individuals that I have consulting with concerning this matter to find out their availability. I will reach out to attorney Melvin Raymond, attorney Harvey Tettlebaum and Ken McGhee. As soon as I heard back from them I will have Melvin reach out to Samantha.

Respectfully,

Gerald T. Johnson
Serenity Memorial, President

Serenity Memorial Chapel
3416 West Main Street
Belleville, Illinois 62226
618-233-6000 Phone
618-416-1242 Fax
618-781-6621 Cell

Serenity Memorial Funeral and Cremation Service
1905 Union Blvd.
Saint Louis, Missouri 63113
314-389-1900 Phone
314-224-5922 Fax

serenitymemorialchapel.com

FB: Serenity Memorial Chapel / Serenity Memorial Funeral and Cremation Service

On Thursday, May 25, 2023 at 09:23:29 AM CDT, Gerald Johnson <serenitymemorial2@yahoo.com> wrote:

Dear Board
Patty Faenger, Kelvin Baucom, Christopher Howard, Taylor Howe, Scott Meierhoffer

In lieu of the court documents I received and newspaper article I have been made aware of, I am requesting an emergency meeting with the board.

I am open to making myself available in person, via phone, webex, etc.

Thank you so much for your time and consideration concerning this matter.

Respectfully

Gerald T. Johnson
Serenity Memorial Chapel, President

Serenity Memorial Chapel
3416 West Main Street
Belleville, Illinois 62226
618-233-6000 Phone
618-416-1242 Fax
618-781-6621 Cell

Serenity Memorial Funeral
And Cremation Service
1905 Union Blvd
Saint Louis, Missouri 63113
314-389-1900 Phone
314-224-5922 Fax

serenitymemorialchapel.com
FB: Serenity Memorial Chapel / Serenity Memorial Funeral and Cremation Service