Ex. K-5

**From:** Gerald Johnson <serenitymemorial2@yahoo.com>
**Sent:** Wednesday, September 27, 2023 4:41 PM
**To:** Lewis, Michelle
**Subject:** Fwd: Serenity Memorial

The Board acknowledging receipt of our photos and documents

Gerald T. Johnson
Serenity Memorial Chapel, President

Serenity Memorial Chapel
3416 West Main Street
Belleville, Illinois 62226
618-233-6000 Phone
618-416-1242 Fax
618-781-6621 Cell

Serenity Memorial Funeral
And Cremation Service
1905 Union Blvd
Saint Louis, Missouri 63113
314-389-1900 Phone
314-224-5922 Fax

serenitymemorialchapel.com
FB: Serenity Memorial Chapel / Serenity Memorial Funeral and Cremation Service

Begin forwarded message:

> **From:** "Hofmann, Clair" <Clair.Hofmann@pr.mo.gov>
> **Date:** May 31, 2023 at 2:51:03 PM CDT
> **To:** Gerald Johnson <serenitymemorial2@yahoo.com>, "Faenger, Patty" <Patty.Faenger@pr.mo.gov>
> **Cc:** Melvin Raymond <mraymondattorney1@att.net>, mraymondattorney@sbcglobal.net
> **Subject: RE: Serenity Memorial**
>
> Mr. Johnson,
> This email acknowledges receipt of your email updates and photos.
>
> Thank you,

Clair Hofmann
Administrative Support Professional
State Board of Embalmers and Funeral Directors
Missouri Department of Commerce and Insurance
Division of Professional Registration
P: 573-751-0813
F: 573-751-1155
clair.hofmann@pr.mo.gov
Sign up for Embalmers news

-----Original Message-----
From: Gerald Johnson <serenitymemorial2@yahoo.com>
Sent: Tuesday, May 30, 2023 10:32 AM
To: Faenger, Patty <Patty.Faenger@pr.mo.gov>; Hofmann, Clair <Clair.Hofmann@pr.mo.gov>
Cc: Melvin Raymond <mraymondattorney1@att.net>; mraymondattorney@sbcglobal.net
Subject: Serenity Memorial

Dear State Board

Hopefully the previous emails showing procedure changes and building repair work started shows good faith on my part given such short notice.

I am hopeful that the board will grant an emergency meeting prior to the previously scheduled 1:30pm hearing to discuss the matter at hand.

Thank you for your consideration to this urgent matter.

Respectfully

Gerald T. Johnson
Serenity Memorial Chapel, President

Serenity Memorial Chapel
3416 West Main Street
Belleville, Illinois 62226
618-233-6000 Phone
618-416-1242 Fax
618-781-6621 Cell

Serenity Memorial Funeral
And Cremation Service
1905 Union Blvd
Saint Louis, Missouri 63113
314-389-1900 Phone

314-224-5922 Fax

serenitymemorialchapel.com
FB: Serenity Memorial Chapel / Serenity Memorial Funeral and Cremation Service