# Fwd: Serenity Memorial

Ex. K-6

**From** Gerald Johnson <serenitymemorial2@yahoo.com>
**To** Michelle Lewis <lmlewis@siwellaw.com>
**Date** 2026-09-08 9:49 pm

Gerald T. Johnson
Serenity Memorial Chapel, President

Serenity Memorial Chapel
3416 West Main Street
Belleville, Illinois 62226
618-233-6000 Phone
618-416-1242 Fax
618-781-6621 Cell

Serenity Memorial Funeral
And Cremation Service
1905 Union Blvd
Saint Louis, Missouri 63113
314-389-1900 Phone
314-224-5922 Fax

Serenity Memorial Cremation And Funeral Service
3701 Falling Springs Rd
Cahokia Heights, IL 62206

serenitymemorialchapel.com
FB: Serenity Memorial Chapel / Serenity Memorial Funeral and Cremation Service

Begin forwarded message:

**From:** Gerald Johnson <serenitymemorial2@yahoo.com>
**Date:** June 2, 2023 at 8:12:47 AM CDT
**To:** Patty Faenger <patty.faenger@pr.mo.gov>, Clair Hofmann <clair.hofmann@pr.mo.gov>, mraymondattorney1@att.net, Melvin Raymond <mraymondattorney@sbcglobal.net>, Melvin Raymond <mraymondattorney@outlook.com>
**Subject: Serenity Memorial**

Dear State Board
Patty Faenger, Kelvin Baucom, Christopher Howard, Taylor Howe, Scott Meierhoffer

I am requesting an emergency meeting with the State Board to discuss new policies and procedures that have been implemented at Serenity Memorial to aid and assist us in a more organized and efficient way to obtain information and maintain records.

I would also like to share with The Board updates on all repairs being done or that will be done to the building.

It is my sincere prayer that the Board is open to a change of heart and mind concerning the hearing scheduled on June 9, 2023

Respectfully,

Gerald T. Johnson
Serenity Memorial, President

Serenity Memorial Chapel
3416 West Main Street
Belleville, Illinois 62226
618-233-6000 Phone
618-416-1242 Fax
618-781-6621 Cell

Serenity Memorial Funeral and Cremation Service
1905 Union Blvd.
Saint Louis, Missouri 63113
314-389-1900 Phone
314-224-5922 Fax

serenitymemorialchapel.com

FB: Serenity Memorial Chapel / Serenity Memorial Funeral and Cremation Service