# Fwd: Serenity Memorial

Ex. K-7

**From** Gerald Johnson <serenitymemorial2@yahoo.com>
**To** Michelle Lewis <lmlewis@siwellaw.com>
**Date** 2026-09-08 9:49 pm

Gerald T. Johnson
Serenity Memorial Chapel, President

Serenity Memorial Chapel
3416 West Main Street
Belleville, Illinois 62226
618-233-6000 Phone
618-416-1242 Fax
618-781-6621 Cell

Serenity Memorial Funeral
And Cremation Service
1905 Union Blvd
Saint Louis, Missouri 63113
314-389-1900 Phone
314-224-5922 Fax

Serenity Memorial Cremation And Funeral Service
3701 Falling Springs Rd
Cahokia Heights, IL 62206

serenitymemorialchapel.com
FB: Serenity Memorial Chapel / Serenity Memorial Funeral and Cremation Service

Begin forwarded message:

**From:** Gerald Johnson <serenitymemorial2@yahoo.com>
**Date:** June 6, 2023 at 7:47:54 AM CDT
**To:** PR Embalmers <embalm@pr.mo.gov>, patty.faenger@pr.mo.gov, clair.hofmann@pr.mo.gov, mraymondattorney@sbcglobal.net, Melvin Raymond <mraymondattorney1@att.net>, Melvin Raymond <mraymondattorney1@att.net>
**Subject: Serenity Memorial**

Dear State Board
Patty Faenger, Kelvin Boucom, Christopher Howard, Taylor Howe, Scott Meierhoffer

Hopefully the previous photos and emails that I have shared with you gives you a good idea of the progress made at Serenity.

I am asking for a meeting with the board before Fridays hearing to discuss options for moving forward.

Thank you for your time and consideration.

Respectfully

Gerald T. Johnson
Serenity Memorial Chapel, President

Serenity Memorial Chapel
3416 West Main Street
Belleville, Illinois 62226
618-233-6000 Phone
618-416-1242 Fax
618-781-6621 Cell

Serenity Memorial Funeral
And Cremation Service
1905 Union Blvd
Saint Louis, Missouri 63113
314-389-1900 Phone
314-224-5922 Fax

serenitymemorialchapel.com
FB: Serenity Memorial Chapel / Serenity Memorial Funeral and Cremation Service