Electronically Filed - Cole Circuit - June 05, 2023 - 04:08 PM

**Ex. L**

IN THE CIRCUIT COURT OF COLE COUNTY
STATE OF MISSOURI

| | | |
|---|---|---|
| STATE BOARD OF EMBALMERS AND FUNERAL DIRECTORS,<br><br>Petitioner,<br><br>vs.<br><br>SERENITY MEMORIAL FUNERAL AND CREMATION SERVICE LLC,<br><br>Respondent. | ) | Case no. 23AC-CC03077 |

FIRST AMENDED
VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER,
PRELIMINARY INJUNCTION
AND PERMANENT INJUNCTION

COMES NOW Plaintiff, the State Board of Embalmers and Funeral Directors ("Board"), and for its cause of action states:

The Parties

1. The Board is an agency of the State of Missouri created and established pursuant to Section 333.151, RSMo, for the purpose of executing and enforcing the provisions of Chapter 333 and portions of Chapter 436, RSMo.

2. Respondent Serenity Memorial Funeral and Cremation Service LLC (hereinafter “Serenity” or “funeral home”) is a Missouri limited liability company registered with the Secretary of State. Serenity holds a funeral establishment license issued by the Board, no. 2014033746. The business operates at 1905 Union Blvd., St. Louis, MO. 63113.

Electronically Filed - Cole Circuit - June 05, 2023 - 04:08 PM

## Jurisdiction and Venue

3. Jurisdiction and venue are proper before this Court pursuant to Section 333.335, RSMo., which authorizes the Board to seek injunctive relief to protect the welfare of the public.

4. Section 333.335, RSMo., provides, in relevant part:

> 1. Upon application by the board and the necessary burden having been met, a court of competent jurisdiction may grant an injunction, restraining order, or other order as may be appropriate to enjoin a person[1] from:
>
> > ***
> > (2) Engaging in any practice or business authorized by a registration or authority, permit, or license issued under this chapter that is in violation of this chapter or sections 436.400 to 436.520, or upon a showing that the holder presents a substantial probability of serious danger to the health, safety, or welfare of any resident of this state or client or customer of the licensee or registrant[.]
> > ***
>
> 2. Any such action shall be commenced in the county in which such conduct occurred or in the county in which the defendant resides or, in the case of a firm or corporation, where the firm or corporation maintains its principal office or in Cole County.
>
> 3. Any action brought under this section shall be in addition to and not in lieu of any authority provided by this chapter, and may be brought concurrently with other actions to enforce this chapter or sections 436.400 to 436.520.

## Statement of Facts Relevant to All Counts

5. On or about March 14, 2023, the Board's investigator performed a routine site inspection at Serenity.

[1] "Person" is defined by Section 333.011, RSMo, as "any individual, partnership, corporation, cooperative, association, or other entity".

Electronically Filed - Cole Circuit - June 05, 2023 - 04:08 PM

6. In general terms, the inspection found unsafe and unsanitary conditions; human bodies mishandled; and one body unidentified.

7. On April 26, 2023, the Board's investigator returned for a follow-up visit.

8. In general terms, the follow-up visit continued to find unsafe and unsanitary conditions; bodies mishandled; additional bodies stored in an overflow room; and additional bodies kept in a van parked outside of the funeral home.

9. No register or embalming logs (which contain the identification of bodies at the funeral home) were maintained on the premises during the Board's site visits on March 14, 2023 and April 26, 2023 as required by law.

10. On April 27, 2023, the Board's investigator returned to the funeral home to obtain additional records and was granted access to the refrigeration/cooler unit, which contained additional bodies not previously known to the investigator. The funeral home did not provide the investigator with a register log of those individuals stored in the refrigeration/cooler unit.

11. Records later produced by the funeral home provide conflicting information regarding the bodies located at the funeral home during the site visits, including whether they were cremated, properly stored, or embalmed.

12. On May 22, 2023, the Board's investigators returned to the funeral home to perform a follow-up inspection. During this inspection, the physical appearance/ condition of the home was substantially similar as the condition on the prior inspections in March and April, 2023. Staff did not use and/or have sufficient protective equipment. There were 21 bodies present. Four bodies could not be readily identified. The funeral home did not appear to have a set procedure to identify bodies by name, date of arrival,

Electronically Filed - Cole Circuit - June 05, 2023 - 04:08 PM

date of death, etc. Records were often lacking, incomplete, or non-existent.

COUNT I: Embalming Room

13. The Board incorporates all paragraphs stated above.

14. On or about March 14, 2023, the Board's investigator observed the following dangerous and hazardous conditions to human health and other violations of Missouri statutes and rules in the embalming room:

A. The embalming room contained five bodies, only four of which could be identified;

B. One body had the "skull cap" removed and was not embalmed;

C. The embalming room had a strong odor;

D. Biohazards were visible throughout the embalming room;

E. An embalming drain sink was visibly clogged with bodily fluid or other biohazards;

F. Trash was exposed without a lid;

G. A licensed embalmer was not present;

H. The embalming room was unlocked;

I. An employee of the funeral home touched several bodies without safety precautions, such as using gloves;

J. The ceiling was cracked and tape appeared to hold up a portion of a light fixture;

K. The floor was in poor condition with leaks from an embalming drain sink and/or past fluids that had not been cleaned;

L. The embalming log was not present.

Electronically Filed - Cole Circuit - June 05, 2023 - 04:08 PM

15. On or about April 26, 2023, the Board's investigator returned for a site visit and continued to observe the following dangerous and hazardous conditions to human health and other violations of Missouri statutes and rules in the embalming room:

A. A body was observed on a gurney outside of the room and information obtained stated the body was embalmed the day prior, April 25, 2023, at 5:00 pm;

B. Two bodies were located inside the room;

C. One body was reportedly embalmed on April 20, 2023 (six days prior); however, the body appeared to be in the process of draining bodily fluids on April 26, 2023 and no licensed embalmer was present at the funeral home; there was no record the body had been refrigerated upon arrival to the funeral home, which reportedly occurred on April 20, 2023;

D. The other body was reportedly embalmed on April 25, 2023 at 7:00 pm (one day prior);

E. Many of the same violations found on March 14, 2023 continued to be found, including unsanitary conditions and storage of miscellaneous items. The floor continued to have large surface cracks; equipment in disrepair; and fluids were observed in embalming drain sinks;

F. The hand-washing sink was full of items, including an expired fire extinguisher;

G. The embalming fluid container was partially full with the lid off and lying to the side;

Electronically Filed - Cole Circuit - June 05, 2023 - 04:08 PM

H. The embalming log was not present.

16. On May 22, 2023 the Board's investigators returned for a site visit and continued to observe the following dangerous and hazardous conditions to human health and other violations of Missouri statutes and rules in the embalming room:

A. Many of the same violations found during the March and April inspections continued to be found, including unsanitary conditions and storage of miscellaneous items;

B. The floor continued to have large surface cracks. Multiple mats placed on the floor appeared to have residue on the bottom sides;

C. The overhead lighting was not working and the only visible lighting is from the windows;

D. Embalming log was kept at the back door of the funeral home and was incomplete.

17. The condition and operation of Serenity's embalming room, including the mishandling of human bodies, presents a substantial probability of serious danger to the health, safety, or welfare to the public.

WHEREFORE, the Board prays this Court enter an Order granting a temporary restraining order, preliminary and permanent injunctive relief restraining and enjoining Respondent from operating any business or performing any service related to the care or handling of human bodies; prohibiting Respondent from engaging in the practice of funeral directing, embalming, and/or any other service regulated by Chapters 333 and/or 436, RSMo; assess against Respondent all costs and fees of these proceedings; and any other relief as this Court deems just and proper under these circumstances.

Electronically Filed - Cole Circuit - June 05, 2023 - 04:08 PM

COUNT II: "Overflow Room"

18. The Board incorporates all paragraphs stated above.

19. On or about April 26, 2023, the Board's investigator discovered an unlocked and unmarked room in the funeral home. Staff described the room as "overflow".

20. The Board's investigator observed the following dangerous and hazardous conditions to human health and other violations of Missouri statutes and rules in the overflow room:

A. Fifteen bodies were found lying on backboards, racks, and makeshift type tables;

B. One body did not have identification;

C. Two other bodies had illegible identification tags and could only be identified by first name;

D. Some bodies were uncovered; while others were partially draped with plastic;

E. Some bodies appeared to have been lying in the room for an extended period of time; several bodies had what appeared to be blood stains that dripped onto the carpeted floor or pedestals;

F. The overflow room and additional bodies were previously unknown to the Board's investigator and not disclosed during the March 14, 2023 site inspection;

G. The room was being cooled by a window air conditioning unit that read a temperature of 61 degrees;

Electronically Filed - Cole Circuit - June 05, 2023 - 04:08 PM

H. An uncovered trash can was observed in the room which appeared to contain used paper sheets;

I. The room was carpeted with visible dark stains throughout;

J. The room contained a foul odor;

K. No register log was available.

21. On May 22, 2023 the Board's investigators returned for a site visit and continued to observe the following dangerous and hazardous conditions to human health and other violations of Missouri statutes and rules in the overflow room:

A. Many of the same violations found during the March and April site inspection continued to exist;

B. Ten bodies were present in the overflow room:

1) Two bodies had boxes placed on top of them;

2) One body did not have any legible identification other than a medical examination number;

3) One body arrived at the funeral home on May 16, 2023 and not embalmed until May 20, 2023 (this body was also not on the cooler log).

22. The condition of Serenity's overflow room, including the mishandling of human bodies, presents a substantial probability of serious danger to the health, safety, or welfare to the public.

WHEREFORE, the Board prays this Court enter an Order granting a temporary restraining order, preliminary and permanent injunctive relief restraining and enjoining Respondent from operating any business or performing any service related to the care or

Electronically Filed - Cole Circuit - June 05, 2023 - 04:08 PM

handling of human bodies; prohibiting Respondent from engaging in the practice of funeral directing, embalming, and/or any other service regulated by Chapters 333 and/or 436, RSMo; assess against Respondent all costs and fees of these proceedings; and any other relief as this Court deems just and proper under these circumstances.

COUNT III: Bodies Present Despite Reported Cremation

23. The Board incorporates all paragraphs stated above.

24. The Board's investigator obtained records from the funeral home regarding two bodies that were physically present and observed during the site inspection at the funeral home on April 26, 2023.

A. Individual A:

1) Date of death – December 26, 2022;
2) Arrived at funeral home (no record);
3) Refrigeration (no record);
4) Embalmed (no record); death certificate states "not embalmed"
5) Death certificate states body cremated on January 12, 2023;
6) Body was present at funeral home and physically observed by investigator on April 26, 2023.

B. Individual B:

1) Date of death – December 12, 2022;
2) Arrived at funeral home (no record);
3) Refrigeration (reportedly in cooler January – April 2023);
4) Embalmed (no record); death certificate states "not embalmed";
5) Death certificate states body cremated on December 30, 2023;

Electronically Filed - Cole Circuit - June 05, 2023 - 04:08 PM

6) According to documents provided by the funeral home, Individual B's body was located in the cooler unit and was one of the eight bodies present at the funeral home and physically observed by the investigator on April 26, 2023;

7) By letter dated May 2, 2023 to the Board, the funeral home reports the family has abandoned the body and they intend to bury Individual B.

8) On May 22, 2023, the Board's investigators observed Individual B's body located in the cooler unit. Staff could not locate any records for Individual B during the site visit.

25. The mishandling of human bodies, falsification of death certificates, and failure to maintain adequate documentation of the bodies in the care of Respondent presents a substantial probability of serious danger to the health, safety, or welfare to the public.

WHEREFORE, the Board prays this Court enter an Order granting a temporary restraining order, preliminary and permanent injunctive relief restraining and enjoining Respondent from operating any business or performing any service related to the care or handling of human bodies; prohibiting Respondent from engaging in the practice of funeral directing, embalming, and/or any other service regulated by Chapters 333 and/or 436, RSMo; assess against Respondent all costs and fees of these proceedings; and any other relief as this Court deems just and proper under these circumstances.

Electronically Filed - Cole Circuit - June 05, 2023 - 04:08 PM

COUNT IV: Transport Van

26. The Board incorporates all paragraphs stated above.

27. On or about April 26, 2023, the Board's investigator observed a van registered to Serenity parked outside of the funeral home. The Board's investigator observed the following dangerous and hazardous conditions to human health and other violations of Missouri statutes and rules in the transport van:

A. Two bodies appeared to be strapped down to gurneys and covered with red blankets in the back of the van;

B. No driver/employee was located near the van;

C. The van's windows were cracked open;

D. The approximate temperature was 70 degrees at the time the bodies were observed.

28. The mishandling of human bodies presents a substantial probability of serious danger to the health, safety, or welfare to the public.

WHEREFORE, the Board prays this Court enter an Order granting a temporary restraining order, preliminary and permanent injunctive relief restraining and enjoining Respondent from operating any business or performing any service related to the care or handling of human bodies; prohibiting Respondent from engaging in the practice of funeral directing, embalming, and/or any other service regulated by Chapters 333 and/or 436, RSMo; assess against Respondent all costs and fees of these proceedings; and any other relief as this Court deems just and proper under these circumstances.

Electronically Filed - Cole Circuit - June 05, 2023 - 04:08 PM

COUNT V: Parlor Room

29. The Board incorporates all paragraphs stated above.

30. On or about April 26, 2023, the Board's investigator observed a parlor room. The Board's investigator observed the following dangerous and hazardous conditions to human health and other violations of Missouri statutes and rules in Parlor Room D:

A. Two bodies were observed in caskets located in Parlor room D;

B. The room was unlocked;

C. The carpeting was torn and stained;

D. The room was also used for casket storage.

31. On May 22, 2023, the Board's investigators observed the parlor room which contained one body in an open casket. In addition to the conditions observed in April, the investigators observed visible stains on the Parlor room ceiling.

32. The mishandling of human bodies presents a substantial probability of serious danger to the health, safety, or welfare to the public.

WHEREFORE, the Board prays this Court enter an Order granting a temporary restraining order, preliminary and permanent injunctive relief restraining and enjoining Respondent from operating any business or performing any service related to the care or handling of human bodies; prohibiting Respondent from engaging in the practice of funeral directing, embalming, and/or any other service regulated by Chapters 333 and/or 436, RSMo; assess against Respondent all costs and fees of these proceedings; and any other relief as this Court deems just and proper under these circumstances.

Electronically Filed - Cole Circuit - June 05, 2023 - 04:08 PM

COUNT VI: The Cooler

33. The Board incorporates all paragraphs stated above.

34. On or about April 26, 2023, the Board's investigator requested access to the cooler unit, but was prohibited from funeral home staff.

35. On or about April 27, 2023, the Board's investigator observed the refrigeration/cooler unit located inside of the funeral home. The Board's investigator observed the following dangerous and hazardous conditions to human health and other violations of Missouri statutes and rules in the cooler unit:

A. The cooler contained eight bodies previously unknown to the investigator;

B. The cooler did not have a working temperature gauge;

C. The cooler did not have a working light;

D. There was no log available to the investigator to show the identification of bodies, dates of arrival, and other information required by law;

E. Records later provided by the funeral home reported only six bodies in the cooler unit despite eight bodies actually being present on April 27, 2023.

36. On May 22, 2023, the Board's investigators observed the refrigeration/cooler unit located inside of the funeral home. The Board's investigators observed the following dangerous and hazardous conditions to human health and other violations of Missouri statutes and rules in the cooler unit:

Electronically Filed - Cole Circuit - June 05, 2023 - 04:08 PM

A. The cooler contained seven bodies; of the seven bodies:

1) One body arrived on or about May 19, 2023 and had not yet been embalmed, despite an authorization to embalm dated May 19, 2023; the body was visibly leaking fluids onto the wooden casket bier and flooring;

2) One body, identified above as Individual B, was present in the cooler;

3) One body, which arrived May 18, 2023, had conflicting records as to whether the body was to be embalmed;

4) One body could not be readily identified; staff reported an initial name and age of the individual; however, the Board's investigator visibly observed the individual as someone being 40 years younger than reported; staff then provided a different name;

5) One body was present in the cooler and funeral home staff was confused as to whether the body had been picked up from the medical examiner;

6) One body did not have any identifying information; the medical examiner number was written on the bag and later identified;

7) One body did not have identifying information and staff was unable to identify the body during the first viewing; the investigator and staff performed a second search for identification and found a name tag in the body bag; however, staff later informed the investigator that the name tag had previously dropped on the floor from another body and erroneously placed in the body bag. The name later given for this body was not on any of the funeral home logs.

Electronically Filed - Cole Circuit - June 05, 2023 - 04:08 PM

B. The cooler log was kept at the back door of the funeral home and not maintained; only two individuals had been added to the log since the prior site visit on April 27, 2023; of the seven bodies located in the cooler, none were listed on the log;

C. Funeral home staff did not have protective equipment for handling bodies in the cooler room, including gloves and/or shoe coverings.

37. The mishandling of human bodies presents a substantial probability of serious danger to the health, safety, or welfare to the public.

WHEREFORE, the Board prays this Court enter an Order granting a temporary restraining order, preliminary and permanent injunctive relief restraining and enjoining Respondent from operating any business or performing any service related to the care or handling of human bodies; prohibiting Respondent from engaging in the practice of funeral directing, embalming, and/or any other service regulated by Chapters 333 and/or 436, RSMo; assess against Respondent all costs and fees of these proceedings; and any other relief as this Court deems just and proper under these circumstances.

Electronically Filed - Cole Circuit - June 05, 2023 - 04:08 PM

Respectfully submitted,

THE GREEN LAW FIRM, PC

*/s/ Samantha Anne Green*
Samantha Anne Green, Mo. Bar no. 49813
PO Box 104854
Jefferson City, MO 65110
(573) 690-3900 – Telephone
Email: sgreen@hearnegreen.com
*Attorney for the State Board of Embalmers and Funeral Directors*

## VERIFICATION OF PETITION

The undersigned, being duly sworn, does hereby swear, attest, and affirm the allegations of the foregoing Petition are true, accurate and complete to the best of her knowledge and belief and that all such allegations are based upon information and belief supported by evidence.

Further, affiant sayeth not.

Patty Faenger
Executive Director
Missouri State Board of Embalmers and Funeral Directors

In witness whereof I have hereunto subscribed my name and affixed my official seal this 5 day of June, 2023.

Notary Public

My Commission expires: 9/7/24

ALICIA M. LOETHEN
Notary Public - Notary Seal
STATE OF MISSOURI
Moniteau County
My Commission Expires 09/07/2024
Commission #20746839

Electronically Filed - Cole Circuit - June 05, 2023 - 04:08 PM

Certificate of Service

I hereby certify that I filed the foregoing on June 5, 2023, using the Court's electronic filing system, thereby sending notice of the filing to all counsel of record in this matter.

Additionally, a copy of the foregoing was emailed to the attorney of record for the Petitioner on the same date.

*/s/ Samantha Anne Green*