Electronically Filed - COLE CIRCUIT - September 16, 2024 - 10:01 AM

IN THE CIRCUIT COURT OF COLE COUNTY
STATE OF MISSOURI

| | | |
|---|---|---|
| STATE BOARD OF EMBALMERS AND FUNERAL DIRECTORS, | ) | |
| Petitioner, | ) | |
| vs. | ) | Case no. 23AC-CC03077 |
| SERENITY MEMORIAL FUNERAL AND CREMATION SERVICE LLC, | ) | |
| Respondent. | ) | |

NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE

COMES NOW Petitioner, the State Board of Embalmers and Funeral Directors, and for its notice states:

1. The Board hereby dismisses its Petition in this matter without prejudice.

WHEREFORE the Board prays this Court enter such orders as are just and proper.

Respectfully submitted,

*/s/ Samantha Anne Green*
Samantha A. Green, MBE# 49813
THE GREEN LAW FIRM, PC
PO Box 104854
Jefferson City, MO 65110
(573) 690-3900 – Telephone
Email: sgreen@hearnegreen.com
*Attorney for the Respondent*

Certificate of Service

I hereby certify that I filed the foregoing on September 16, 2024, using the Court's electronic filing system, thereby sending notice of the filing to all counsel of record in this matter.

*/s/ Samantha Anne Green*