Ex. O

# Declaration Under Penalty of Perjury Pursuant to 28 U.S.C. § 1746

I, Ronda Walker, declare as follows:
[*Print Full Legal Name*]

## Declarant Information

1. I am over the age of eighteen and am competent to make this declaration.
2. My current address is 1209 Washington Avenue St. Louis Mo 63103
3. I have personal knowledge of the facts stated in this declaration. If called as a witness, I could and would testify competently to those facts.
4. I make this declaration voluntarily for use in connection with ***Johnson, et al. v. Faenger***, **Case No. 4:25-CV-704HEA, U.S. District Court, Eastern District of Missouri**.

## Identification of Witness Letter

5. I drafted a letter dated June 3, 2026, addressed to "To Whom it May Concern" regarding my decision to suspend referring business to Serenity Memorial Funeral and Cremation Service because of the newspaper article about the injunction filed against Serenity in May 2023.
6. A true and correct copy of that letter is attached to this declaration as **Exhibit A**.
7. I personally prepared, reviewed, and finalized the letter attached as **Exhibit A**.
8. The statements contained in the letter attached as **Exhibit A** are true and correct to the best of my personal knowledge, information, and belief.

## Authentication and Completeness

9. The attached letter is a complete and accurate copy of the letter I drafted.
10. To the best of my knowledge, the attached letter has not been altered, modified, or changed from the version I prepared.
11. I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7-31-26.
[Date]

Ronda Walker
Declarant's Signature

## Exhibit A

*Witness Letter dated June 3, 2026*

**EXHIBIT A**

June 3, 2026

To Whom It May Concern:

My name is Ronda Walker, and I am a Registered Nurse with more than twenty-five years of nursing and healthcare leadership experience.

Until 2025, I served as the Regional Director of Nursing for Reliant Care Management, where I was responsible for overseeing eleven nursing facilities and more than 300 employees. Throughout my career, I have worked closely with residents, families, healthcare professionals, and community partners to ensure individuals receive compassionate, dignified, and quality care.

For many years, I personally entrusted Serenity Memorial Funeral and Cremation Service with the care of families and routinely referred Serenity to residents, families, and staff throughout the facilities under my supervision. Serenity earned my trust because of its affordability, reliability, professionalism, and willingness to assist families facing financial hardship. This was especially important when a nursing home resident was indigent, had limited resources, or lacked family support. I consistently found Serenity to be a dependable and compassionate option for families in need.

Before the St. Louis Post-Dispatch article was published, I had no concerns about the care, professionalism, or services provided by Serenity Memorial. In fact, my experiences with Serenity were consistently positive, which made me comfortable referring families and residents to the funeral home.

However, after becoming aware of the newspaper article and the proposed injunction seeking to close Serenity, I felt obligated to reevaluate my position. Given the seriousness of the allegations and the public attention surrounding the matter, I could no longer, in good conscience, continue to recommend Serenity's services to others until the concerns were fully addressed.

The publicity surrounding the article and the proposed injunction significantly affected my confidence in continuing to make referrals and directly influenced the recommendations I provided to families and facilities under my oversight.

Please feel free to contact me if you have any questions or need additional information. I can be reached at (314) 537-1718 or by email at Rwalker7532@gmail.com.

Respectfully,

Ronda Walker, RN
Former Regional Director of Nursing
Reliant Care Management