Ex. P

# Declaration Under Penalty of Perjury Pursuant to 28 U.S.C. § 1746

I, Norman E Owens, Jr., declare as follows:
[*Print Full Legal Name*]

Declarant Information

1. I am over the age of eighteen and am competent to make this declaration.
2. My current address is 8401 Delmar Blvd, St. Louis, Mo.
3. I have personal knowledge of the facts stated in this declaration. If called as a witness, I could and would testify competently to those facts.
4. I make this declaration voluntarily for use in connection with ***Johnson, et al. v. Faenger*, Case No. 4:25-CV-704HEA, U.S. District Court, Eastern District of Missouri.**

Identification of Witness Letter

5. I drafted a letter dated June 2, 2026, addressed to "To Whom it May Concern" regarding my decision to suspend referring business to Serenity Memorial Funeral and Cremation Service because of the newspaper article about the injunction filed against Serenity in May 2023.
6. A true and correct copy of that letter is attached to this declaration as **Exhibit A**.
7. I personally prepared, reviewed, and finalized the letter attached as **Exhibit A**.
8. The statements contained in the letter attached as **Exhibit A** are true and correct to the best of my personal knowledge, information, and belief.

Authentication and Completeness

9. The attached letter is a complete and accurate copy of the letter I drafted.
10. To the best of my knowledge, the attached letter has not been altered, modified, or changed from the version I prepared.
11. I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/31/26.
[Date]

[signature]

Declarant's Signature

Exhibit A

*Witness Letter dated June 2, 2026*

EXHIBIT A

# THE RHEMA CHURCH

*(A Baptist Assembly For Jesus Christ)*

Norman Eugene Owens, Senior Lead Servant/Founder-CSO

June 2, 2026

To Whom It May Concern,

As a Pastor, trust and integrity are essential when making recommendations to families who are grieving. For many years, I confidently referred church members, family members, friends, and members of the community to Serenity Memorial Funeral and Cremation Service. Serenity had long been my funeral home of choice because of the care, compassion, and professional service it provided to families during their time of need. However, when the newspaper article concerning Serenity surfaced, I felt a moral and pastoral obligation to suspend those referrals. Given the nature of the information that had become public, as a result, I stopped referring individuals and families to Serenity and sought alternative providers when asked for recommendations.

This was not a decision I made lightly. As a spiritual leader, I recognize that families place a great deal of trust in the recommendations I provide, particularly during times of loss and bereavement. Therefore, I believed it was necessary to exercise caution and refrain from making referrals until I felt I could do so with complete confidence and conviction.

In speaking with other pastors following publication of the article, I found that many shared the same sentiments and concerns that I did. Several advised that they had also stopped or significantly reduced referrals to Serenity because of the information that had become public. Based on those conversations, it was clear that the article had a broader impact within the faith community and affected the willingness of clergy members to recommend Serenity to grieving families.

My decision was based solely on the information that had become publicly available through the newspaper article and my responsibility to act in the best interests of those seeking my guidance and counsel. Prior to the publication of the article, Serenity was consistently my preferred recommendation for funeral and cremation services.

Respectfully,

Norman E. Owens, Jr.
Lead Servant/Founder/CSO

*Come Experience the Rhema Difference*

P. O. Box 300255 – St. Louis, Mo 63130
(314) 436-2345