**Ex. Q**

# Declaration Under Penalty of Perjury Pursuant to 28 U.S.C. § 1746

I, Darries E. Rainey, declare as follows:
[*Print Full Legal Name*]

## Declarant Information

1. I am over the age of eighteen and am competent to make this declaration. DR
2. My current address is 9501 Wilson Bridge.
3. I have personal knowledge of the facts stated in this declaration. If called as a witness, I could and would testify competently to those facts.
4. I make this declaration voluntarily for use in connection with ***Johnson, et al. v. Faenger,* Case No. 4:25-CV-704HEA, U.S. District Court, Eastern District of Missouri**.

## Identification of Witness Letter

5. I drafted a letter dated June 1, 2026, addressed to "To Whom it May Concern" regarding my personal knowledge of the decision made by Memorial Park Cemetery and Crematory to cease doing business with Serenity Memorial Funeral and Cremation Service because of the newspaper article about the injunction filed against Serenity in May 2023.
6. A true and correct copy of that letter is attached to this declaration as **Exhibit A**.
7. I personally prepared, reviewed, and finalized the letter attached as **Exhibit A**.
8. The statements contained in the letter attached as **Exhibit A** are true and correct to the best of my personal knowledge, information, and belief.

## Authentication and Completeness

9. The attached letter is a complete and accurate copy of the letter I drafted.
10. To the best of my knowledge, the attached letter has not been altered, modified, or changed from the version I prepared.
11. I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/22/26.
[Date]

Darries Rainey
Declarant's Signature

**Exhibit A**

*Witness Letter dated June 1, 2026*

June 1, 2026

To Whom It May Concern,

For many years, Memorial Park Cemetery and Crematory served as one of Serenity Memorial Funeral and Cremation Service's primary cremation providers. In fact, more than half of Serenity's cremation cases were entrusted to Memorial Park Cemetery and Crematory, reflecting a longstanding professional relationship and confidence in the services they provided.

Following the publication of the newspaper article concerning Serenity Memorial Funeral and Cremation Service, I transported remains to Memorial Park Crematory to drop off for purposes of cremation services. During that conversation, I was informed by Memorial Park management, that due to the pending TRO Injunction, Memorial Park would no longer be accepting cases from Serenity or conducting business with our funeral home. As a result, Serenity had to seek alternative cremation providers to ensure continuity of service for the families we served.

The loss of this longstanding business relationship created significant operational challenges and disrupted an established process that had been utilized for a substantial portion of our cremation services.

Respectfully,

Darries Rainey

Serenity Memorial, Service Attendant