**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GERALD T. JOHNSON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 4:25-CV-704 HEA |
| | ) | |
| PATTY FAENGER, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO REFILE EXHIBITS SUPPORTING THEIR MOTION TO EXCLUDE THE TESTIMONY, OPINION, AND REPORT OF DEFENDANT'S EXPERT WITNESS AS SEPARATELY LABELED ATTACHMENTS**

Plaintiffs Gerald T. Johnson and Serenity Memorial Funeral and Cremation Service, LLC, by counsel, respectfully move for leave to refile the exhibits supporting Plaintiffs' Motion to Exclude the Testimony, Opinion and Report of Expert Witness Mark Ransford solely to correct their electronic attachment format. In support, Plaintiffs state:

1. Plaintiffs previously filed their Motion to Exclude the Testimony, Opinion and Report of Expert Witness Mark Ransford on November 10, 2026 (ECF No. 64). The supporting exhibits were submitted as one combined attachment to the supporting memorandum (ECF No. 65).

2. The Court's CM/ECF Procedures Manual, Section II.F (Identifying Exhibits), requires each exhibit to be filed as a separate PDF attachment identified by its exhibit designation and a brief description. Plaintiffs seek leave to correct the combined submission to conform to that requirement.

3. On November 13, 2026, the Court entered an Order concerning ECF Nos. 66, 67, and 68, striking Plaintiffs' summary-judgment motions for attorney filing error and directing the Clerk to delete those entries consistent with Section II.F of the CM/ECF Procedures Manual.

4. The November 13 Order addresses the summary-judgment filings identified as ECF Nos. 66, 67, and 68; it does not expressly address the exhibits to Plaintiffs' separate motion concerning Defendant's retained expert Mark Ransford. In light of the Court's filing instructions, Plaintiffs seek leave to correct the same attachment-format error in the Ransford motion exhibits.

5. The proposed refiling will contain only the exhibits included in the original combined attachment, separated into individual PDF attachments and labeled with their existing exhibit designations and brief descriptions. Plaintiffs will preserve the exhibits' contents, existing pagination, and exhibit designations. No new evidence, revised expert materials, or additional argument will be submitted through this correction.

6. Plaintiffs request permission to file a Notice of Refiling of Exhibits, cross-referencing the original motion and combined attachment, with each exhibit attached separately. Plaintiffs request that the corrected exhibits be treated as substitutes for the combined attachment and considered in support of the original motion as of its original filing date.

7. This request concerns only the form of the exhibit submission. Plaintiffs do not seek to amend or refile the underlying motion or supporting memorandum, reopen briefing, or extend any existing deadline. Because the same materials were submitted in the combined attachment, the correction will facilitate review without changing the evidentiary submission or the issues presented.

WHEREFORE, Plaintiffs respectfully request leave to refile the previously submitted exhibits as separate, individually labeled PDF attachments within three business days after entry

of the Court's order; to have those exhibits substitute for the combined attachment and be considered in support of the original motion as of its original filing date; and for such other relief as the Court deems appropriate.

Date: November 16, 2026

Respectfully submitted,

By: _/s/ L. Michelle Lewis_
L. Michelle Lewis, #74335
Siwel Law LLC
P.O. Box 23042
Belleville, Illinois 62223
(730) 274-0136 – Telephone
lmlewis@siwellaw.com

Steven V. Hunter (Pro Hac Vice)
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654
(312) 715-5087 – Telephone
(312) 715-5155 – Facsimile
Steven.Hunter@quarles.com

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, the foregoing was filed electronically with the Clerk of Court through the Court's CM/ECF system, which sent notice to all counsel of record.

*/s/ L. Michelle Lewis*
ATTORNEY FOR PLAINTIFFS