**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GERALD T. JOHNSON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 4:25-CV-704 HEA |
| | ) | |
| PATTY FAENGER, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO REFILE EXHIBITS SUPPORTING THEIR MOTION TO EXCLUDE THE TESTIMONY, OPINION, AND REPORT OF DEFENDANT'S EXPERT WITNESS AS SEPARATELY LABELED ATTACHMENTS**

Plaintiffs seek limited leave to correct the electronic attachment format of the exhibits supporting their Motion to Exclude the Testimony, Opinion and Report of Expert Witness Mark Ransford (ECF No. 64). The exhibits were filed as one combined attachment to the supporting memorandum (ECF No. 65), rather than as separate, individually identified attachments.

The Court's CM/ECF Procedures Manual, Section II.F (Identifying Exhibits), requires each exhibit to be submitted as a separate PDF attachment identified by its exhibit designation and a brief description. The requested correction will bring the submission into conformity with that procedure and make the existing exhibits easier to locate and review.

Plaintiffs propose no substantive change. The refiled materials will be limited to the exhibits already contained in the original combined attachment, with their contents, existing pagination, and exhibit designations preserved. The correction will not add evidence or argument, change the relief sought in the underlying motion, or require a new response to different materials. Plaintiffs request that the corrected exhibits substitute for the combined attachment and be

considered in support of the original motion as of its original filing date, without changing existing briefing deadlines.

Plaintiffs request leave to make the corrected submission within three business days after entry of the Court's order.

Date: November 16, 2026

Respectfully submitted,

By: *<u>/s/ L. Michelle Lewis</u>*

L. Michelle Lewis, #74335
Siwel Law LLC
P.O. Box 23042
Belleville, Illinois 62223
(730) 274-0136 – Telephone
lmlewis@siwellaw.com

Steven V. Hunter (Pro Hac Vice)
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654
(312) 715-5087 – Telephone
(312) 715-5155 – Facsimile
Steven.Hunter@quarles.com

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, the foregoing was filed electronically with the Clerk of Court through the Court's CM/ECF system, which sent notice to all counsel of record.

*/s/ L. Michelle Lewis*
ATTORNEY FOR PLAINTIFFS